THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CV-00003-BR

| | |
|---|---|
| BENJAMIN G. HINES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | MOTION FOR SUMMARY |
| ) | JUDGMENT |
| v. ) | Fed. R. Civ. P. 56 |
| ) | |
| TRIAD MARINE CENTER, INC. ) | |
| d/b/a BOATS UNLIMITED NC and ) | |
| JOHN BANISTER HYDE, ) | |
| ) | |
| Defendants. ) | |

AND NOW, come the Defendants, Triad Marine Center, Inc. d/b/a Boats Unlimited and John Banister Hyde, by and through their attorneys, Dickie, McCamey & Chilcote, P.C., and pursuant to Federal Rule of Civil Procedure 56, submit that Plaintiff's negligence claim should be dismissed, with prejudice, as a matter of law given that there exists no genuine issue of material fact that Plaintiff cannot make a prima facie showing of negligence against the Defendants based on Plaintiff's own testimony, and further, that Plaintiff's proffered expert opinions in support of his claims should not be considered as they are unreliable pursuant to Fed. R. Evid. 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993).

In support of the relief requested, Defendants incorporate by reference herein their accompanying Memorandum of Law in Support of Motion for Summary Judgment and Exhibits.

This 30th day of December, 2009.

    Respectfully submitted,

    DICKIE, McCAMEY & CHILCOTE, P.C.

By:   /s/ J. Lawson Johnston
      J. Lawson Johnston, Esquire
      Attorneys for Defendants
      Dickie, McCamey & Chilcote, P.C.
      Two PPG Place, Suite 400
      Pittsburgh, PA 15222
      (412) 392-5322
      Fax (412) 392-5367
      ljohnston@dmclaw.com

By:   /s/ John T. Pion
      John T. Pion, Esquire
      Attorneys for Defendants
      Dickie, McCamey & Chilcote, P.C.
      Two PPG Place, Suite 400
      Pittsburgh, PA 15222
      (412) 392-5452
      Fax (412) 392-5367
      jpion@dmclaw.com

By:   /s/ Susan H. Briggs
      Susan H. Briggs
      Attorneys for Defendants
      Dickie, McCamey & Chilcote, P.C.
      2115 Rexford Road, Suite 210
      Charlotte, NC 28211
      sbriggs@dmclaw.com
      (704) 998-5184
      Fax (888) 811-7144
      N.C. State Bar No. 21132
      LR 83.1 Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Stevenson L. Weeks, Esq.
    Attorney for Plaintiff
    Wheatly, Wheatly, Weeks & Lupton, P.A.
    710 Cedar Street
    Post Office Box 360
    Beaufort, NC 28516
    slw@wwnwpa.com

    Charles R. Hardee, Esq.
    Attorney for Plaintiff
    Hardee & Hardee, LLP
    202 E. Arlington Blvd., Suite W
    Greenville, NC 27835
    crh@hardeeandhardee.com

    Dickie, McCamey & Chilcote, P.C.

By:   /s/ J. Lawson Johnston
       J. Lawson Johnston, Esquire
       Attorneys for Defendants
       Dickie, McCamey & Chilcote, P.C.
       Two PPG Place, Suite 400
       Pittsburgh, PA 15222
       (412) 392-5322
       Fax (412) 392-5367
       ljohnston@dmclaw.com