UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
In Admiralty
Case No. 4:09-CV-3-BR

BENJAMIN G. HINES, JR.,                    )
                                           )
        Plaintiff,                         )
                                           )
                                           )
        v.                                 )
                                           )
TRIAD MARINE CENTER, INC.                  )
d/b/a BOATS UNLIMITED NC and               )
JOHN BANISTER HYDE,                        )
                                           )
        Defendants.                        )

## **ORDER**

Upon consideration of the Motion for Summary Judgment, filed on behalf of Moving

Defendants, Triad Marine Center, Inc. d/b/a Boats Unlimited NC and John Banister Hyde, and

Plaintiff's Response thereto, it is hereby ORDERED that said Motion is GRANTED, and the

within action is dismissed in its entirety, with prejudice.

This _____ day of _____, 2010.


_____
Judge William Earl Britt, U.S.D.C. – E.D.N.C.