# EXHIBIT A



# COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:09-CV-3-BR

BENJAMIN G. HINES, JR.,      )          VIDEOTAPED
                             )
           PLAINTIFF,        )     D-E-P-O-S-I-T-I-O-N
                             )
VS.                          )            OF
                             )
TRIAD MARINE CENTER, INC., ET )      JOHN BANISTER HYDE
AL,                          )
                             )
       DEFENDANTS.           )
* * * * * * * * * * * * * * * * * * * * * * * * * *

SEPTEMBER 28, 2009, AT THE LAW OFFICES OF WHEATLY, WHEATLY, WEEKS & LUPTON, P.A., 710 CEDAR STREET, BEAUFORT, NORTH CAROLINA

APPEARANCES OF COUNSEL:


FOR THE PLAINTIFF    -    STEVENSON L. WEEKS, ESQ.

                          WHEATLY, WHEATLY, WEEKS & LUPTON, P.A.
                          ATTORNEYS AT LAW
                          710 CEDAR STREET
                          BEAUFORT, NC  28516

                          CHARLES R. HARDEE, ESQ.

                          HARDEE & HARDEE
                          ATTORNEYS AT LAW
                          202 EAST ARLINGTON BLVD.
                          GREENVILLE, NC

FOR THE DEFENDANTS   -    JOHN T. PION, ESQ.

                          DICKIE, MCCAMEY & CHILCOTE, P.C.
                          ATTORNEYS AT LAW
                          TWO PPG PLACE, SUITE 400
                          PITTSBURGH, PA  15222


COURT REPORTER       -    SHERRY HOPKINS

---

COASTAL COURT-REPORTING AGENCY, INC.
P.O. BOX 788
NEWPORT, NORTH CAROLINA 28570
TEL: (252) 223-4045
FAX: (252) 223-3663

1   PREVIOUS, IN JANUARY OF 2004, I BEGAN EMPLOYMENT WITH BOATS

2   UNLIMITED IN NEW BERN, NORTH CAROLINA.

3         Q.   BOATS UNLIMITED, IS THAT A DIVISION OF TRIAD

4   MARINE?

5         A.   IT IS.   THE COMPANY IS CALLED TRIAD MARINE, IN

6   GREENSBORO, BOATS UNLIMITED IS THE NAME OF THE STORE IN NEW

7   BERN.

8         Q.   YOU STARTED WORKING WITH THEM UPON GRADUATION

9   FROM CAROLINA?

10        A.   YES, SIR.

11        Q.   THE DATE THAT YOU STARTED WORKING?

12        A.   IT WAS IN THE FIRST WEEK OF JANUARY OF 2004, I

13   CAN'T RECALL THE EXACT DATE.

14        Q.   THAT'S CLOSE ENOUGH.   WHAT WERE YOUR DUTIES WITH

15   YOUR EMPLOYMENT AT BOATS UNLIMITED?

16        A.   MY DUTY WAS AS A SALES REPRESENTATIVE FOR THE

17   COMPANY.

18        Q.   WHO MANAGED THE BOATS UNLIMITED IN NEW BERN?

19        A.   HIS NAME IS CHRIS POPE.

20        Q.   HOW MANY SALES REPRESENTATIVES WERE THERE IN

21   2004 WHEN YOU STARTED WORKING THERE?

22        A.   IN 2004, IT WAS JUST THE TWO OF US.   CHRIS AS

23   THE GENERAL MANAGER AND ME AS HIS SALES REPRESENTATIVE.

24        Q.   HOW LONG DID YOU WORK AT BOATS UNLIMITED?

25        A.   UNTIL APRIL OF 2006.

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina 28570

1    Q.   DO YOU HOLD, OR HAVE YOU EVER HELD AN OPERATOR'S

2    LICENSE, OR A MASTER'S LICENSE ISSUED BY THE UNITED STATES

3    COAST GUARD?

4         A.   YES, SIR.

5         Q.   WHAT LICENSE DID YOU HOLD, IF ANY, ON MARCH 21,

6    2006?

7         A.   AT THAT TIME I HAD A CAPTAIN'S O.U.P.V., SIX-

8    PACK LICENSE.

9         Q.   THAT WAS OPERATOR UNINSPECTED PASSENGER VESSEL?

10        A.   THAT'S CORRECT.

11        Q.   THAT ALLOWED YOU TO OPERATE AN UNINSPECTED

12   VESSEL CARRYING SIX OR FEWER PASSENGERS FOR HIRE?

13        A.   YES, SIR.

14        Q.   WHEN DID YOU FIRST ACQUIRE THAT LICENSE?

15        A.   I DON'T HAVE THE EXACT DATE ON MY LICENSE,

16   BECAUSE I NOW HAVE THE UPGRADED MASTER'S LICENSE, BUT I

17   BELIEVE IT WAS EARLY 2006.

18        Q.   EARLY 2006, WHICH WOULD BE . . .

19        A.   BEFORE THE TIME . . .

20        Q.   . . . JANUARY, FEBRUARY, OR MARCH OF 2006?

21        A.   YES, SIR.

22        Q.   WAS THAT YOUR FIRST LICENSE?

23        A.   YES, SIR.

24        Q.   YOU SAY IT HAS NOW BEEN UPGRADED?

25        A.   YES, SIR.

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina 28570

1        Q.    HOW DID YOU COME ABOUT BEING EMPLOYED BY BOATS

2  UNLIMITED?

3        A.    I HAVE A FAMILY RELATIONSHIP WITH THE POPES.  WE

4  HAVE - BOTH CHRIS AND HIS OLDER BROTHER, BILLY, WHO IS THE

5  MANAGER OF THE GREENSBORO STORE, HAD SPENT CONSIDERABLE TIME

6  AT CAMP SEAGULL.  MY BROTHER AND I HAD BOTH SPENT

7  CONSIDERABLE TIME THERE AND SO KNEW EACH OTHER AND WERE GOOD

8  FRIENDS, LEADING UP TO MY EMPLOYMENT AT BOATS UNLIMITED.

9        Q.    THERE'S NO BLOOD RELATIONSHIP, JUST A FRIENDSHIP

10  OVER A PERIOD OF YEARS?

11        A.    THAT'S CORRECT.

12        Q.    WHAT WERE YOU JOB DUTIES AT BOATS UNLIMITED?

13        A.    MY JOB WAS PRIMARILY A SALESMAN, I ALSO WAS IN

14  CHARGE OF WARRANTY CLAIMS.

15        Q.    WHAT DID YOU DO AS A SALESMAN?

16        A.    CAN YOU SPECIFY YOUR QUESTION?

17        Q.    YOU WOULD MEET CUSTOMERS THAT CAME TO THE

18  FACILITIES, CORRECT?

19        A.    YES, SIR.

20        Q.    WOULD YOU TAKE CUSTOMERS ON DEMONSTRATION RIDES?

21        A.    YES, SIR.

22        Q.    HOW LONG HAD YOU BEEN TAKING CUSTOMERS ON

23  DEMONSTRATION RIDES?

24        A.    SINCE THE BEGINNING OF MY EMPLOYMENT?

25        Q.    YES?

15

Case 4:09-cv-00003-BR    Document 39-4    Filed 12/30/09    Page 5 of 24

1    A.   EITHER TO SHACKLEFORD, OR CAPE LOOKOUT.

2    Q.   WHEN YOU WOULD GO TO CAPE LOOKOUT, WHAT ROUTE

3 WOULD YOU TAKE?

4    A.   NORMALLY THE OUTSIDE ROUTE, BUT CERTAINLY CAN GO

5 INSIDE IF THE WEATHER WAS NOT APPROPRIATE TO LEAVE THE INLET.

6    Q.   YOU DON'T HAVE ANY IDEA OF THE NUMBER OF

7 OCCASIONS THAT YOU HAD OPERATED IT IN THE AREA?

8    A.   IT WOULD BE TOUGH TO SAY, YES, SIR.

9    Q.   WHEN DID YOU FIRST MEET BEN HINES?

10    A.   I MET MISTER HINES THE DAY BEFORE OUR DEMO RIDE,

11 WHICH WOULD BE MARCH 20TH, 2006.

12    Q.   WHERE DID YOU MEET HIM?

13    A.   AT BOATS UNLIMITED IN NEW BERN.

14    Q.   DID HE STOP IN AS A POTENTIAL CUSTOMER AND LOOK

15 AT VESSELS?

16    A.   HE DID, YES, SIR.

17    Q.   DID YOU WAIT ON HIM, OR ATTEND TO HIM ON THAT

18 VISIT?

19    A.   I DID, YES, SIR.

20    Q.   WHAT WAS HE LOOKING FOR?

21    A.   HE WAS LOOKING FOR A CENTER CONSOLE POWERBOAT

22 THAT HE COULD TAKE FISHING.  HE WAS LOOKING FOR A BOAT THAT

23 COULD HANDLE HEAVY WEATHER CONDITIONS.

24    Q.   IS THAT WHAT HE TOLD YOU?

25    A.   YES, SIR.

21

1      A.    WE DID, YES, SIR.

2      Q.    WHAT KIND OF VESSEL WAS THAT?

3      A.    THAT IS A TRITON 2286, CENTER CONSOLE.

4      Q.    HOW WAS IT POWERED?

5      A.    WITH A YAMAHA, FOUR-STROKE, 225 ENGINE.

6      Q.    SINGLE OUTBOARD?

7      A.    YES, SIR.

8      Q.    HOW WAS THE VESSEL EQUIPPED?

9      A.    IN TERMS OF?

10     Q.    DID THE VESSEL HAVE ANY ELECTRONICS ON IT AT

11   THAT TIME?

12     A.    AT THIS POINT, IT WAS STRAIGHT FROM THE FACTORY

13   AND DID NOT HAVE ELECTRONICS, NO, SIR.

14     Q.    NO ELECTRONICS, IT WAS JUST A TRITON 2286,

15   CENTER CONSOLE?

16     A.    THAT'S CORRECT.

17     Q.    DID IT HAVE ANY TYPE OF TOP?

18     A.    IT HAD A T-TOP, YES, SIR.

19     Q.    DID IT HAVE ANY KIND OF SEATING IN THE VESSEL?

20     A.    YES, SIR.

21     Q.    WHAT KIND OF SEATING?

22     A.    IT HAD A LEAN POST WITH HANDRAILS.

23     Q.    THAT WAS BEHIND THE CONSOLE?

24     A.    YES, SIR.

25     Q.    DID IT HAVE ANY SEATING FORWARD?

23

1    TO DEMONSTRATE THE VESSEL TO HIM ON A SEA TRIAL . . .

2            A.    ASK YOUR QUESTION AGAIN, PLEASE?

3            Q.    ON MARCH THE 20TH, DID YOU AND MISTER HINES

4    REACH AN AGREEMENT WHEREBY YOU WOULD TAKE THE VESSEL TO SOME

5    BODY OF WATER FOR THE PURPOSE OF YOU DEMONSTRATING THE VESSEL

6    TO HIM ON A SEA TRIAL?

7            A.    YES, SIR.

8            Q.    THAT AGREEMENT WAS REACHED WHEN?

9            A.    ON MONDAY, THE DAY HE CAME TO THE BOAT STORE.

10           Q.    MONDAY THE 20TH?

11           A.    YES, SIR.

12           Q.    WHAT DID YOU-ALL AGREE THAT YOU WOULD DO

13   REGARDING THE SEA TRIAL?

14           A.    WE AGREED THAT WE WOULD TAKE THE BOAT TO

15   BEAUFORT.  I UNDERSTOOD FROM THE CONVERSATION WITH HIM THAT

16   HE WAS A RESIDENT OF OLDE TOWNE YACHT CLUB, AND I OFFERED TO

17   PICK HIM UP AT HIS RESIDENCE AND BEGIN THE SEA TRIAL FROM HIS

18   DOCK.

19           Q.    YOU WERE FAMILIAR WITH THE LOCATION OF OLDE

20   TOWNE?

21           A.    VERY MUCH SO.

22           Q.    DID YOU TAKE THE VESSEL THE NEXT DAY, MARCH 21?

23           A.    YES, SIR.

24           Q.    DO YOU KNOW WHAT TIME YOU LEFT NEW BERN WITH THE

25   VESSEL?

                                29

1      A.    I KNOW THAT THE SEA TRIAL WAS SCHEDULED FOR 2:00
2  O'CLOCK, THE ACTUAL SEA TRIAL HAPPENED CLOSER TO 3:00.
3      Q.    SO YOU-ALL HAD ACTUALLY REACHED AN AGREEMENT ON
4  WHAT TIME YOU WOULD TAKE THE VESSEL DOWN?
5      A.    YES, SIR.
6      Q.    SO YOU LEFT NEW BERN AT APPROXIMATELY WHAT TIME?
7      A.    AROUND LUNCH TIME I LEFT NEW BERN, IT'S ROUGHLY
8  FORTY MILES.
9      Q.    YOU TRAILERED THE VESSEL TO BEAUFORT?
10     A.    THAT'S CORRECT.
11     Q.    DID BOATS UNLIMITED HAVE A TRUCK THAT YOU USED
12  TO HAUL VESSELS AROUND?
13     A.    YES, SIR.
14     Q.    IS THAT WHAT YOU USED TO TAKE THE VESSEL TO
15  BEAUFORT?
16     A.    YES, SIR.
17     Q.    WHAT PREPARATIONS DID YOU MAKE, EITHER ON MARCH
18  20TH OR THE 21ST, FOR THE SEA TRIAL?
19     A.    IN TERMS OF?
20     Q.    ANYTHING THAT YOU DID TO PREPARE FOR THE SEA
21  TRIAL OF THE BOAT ON THE 21ST?
22     A.    THE BOAT WAS EQUIPPED WITH PROPER COAST GUARD
23  EQUIPMENT WHICH INCLUDES LIFE JACKETS FOR EVERY PASSENGER ON
24  BOARD, A NOISE DEVICE, A FIRE EXTINGUISHER, AND A THROWABLE.
25     Q.    WAS IT ALREADY EQUIPPED WITH THAT, OR DID YOU

30

1       Q.   WAS ANYONE WITH YOU, OR DID YOU GO ALONE?

2       A.   I WENT BY MYSELF.

3       Q.   WHERE DID YOU GO TO LAUNCH THE VESSEL?

4       A.   RADIO ISLAND MARINA IS WHERE I WENT, AND I

5  BELIEVE THOSE DOCKS ARE NO LONGER PRESENT AT THIS POINT.

6       Q.   SO YOU LAUNCHED THE VESSEL AT RADIO ISLAND

7  MARINA?

8       A.   THAT'S CORRECT.

9       Q.   DID YOU HAVE ANY COMMUNICATION WITH MISTER HINES

10  ON THE 21ST, CALL HIM AND TELL HIM YOU WERE COMING, YOU WERE

11  GOING TO BE LATE, ANYTHING LIKE THAT?

12       A.   I DON'T RECALL, BUT IT WOULD BE - I DON'T

13  RECALL.

14       Q.   WHEN YOU LAUNCHED THE BOAT AT RADIO ISLAND

15  MARINA, WHAT DID YOU DO?

16       A.   YOU MEAN THE SPECIFICS OF THE LAUNCHING PROCESS,

17  OR . . .

18       Q.   AFTER YOU LAUNCHED IT, WHERE DID YOU GO?

19       A.   I MOTORED THE BOAT TO HIS DOCK AT OLDE TOWNE

20  YACHT CLUB.

21       Q.   TO THE BEST OF YOUR RECOLLECTION, THAT WAS THE

22  FIRST TIME THAT YOU HAD EVER OPERATED THAT VESSEL?

23       A.   I CAN'T RECALL IF I HAD OPERATED IT BEFORE.

24       Q.   WHEN YOU LEFT RADIO ISLAND MARINA, YOU WENT OUT

25  INTO THE - LEFT THE LITTLE CREEK THERE, GO OUT INTO THE

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina 28570

1   TURNING BASIN AREA IN MOREHEAD CITY?

2        A.   THAT'S CORRECT.

3        Q.   WHAT SPEED DID YOU TRAVEL FROM THERE TO OLDE

4   TOWNE MARINA?

5        A.   IT'S A NO-WAKE ZONE, I WAS AT IDLE.

6        Q.   YOU BASICALLY IDLED FROM RADIO ISLAND MARINA,

7   AROUND THE TIP OF RADIO ISLAND?

8        A.   YES, SIR.

9        Q.   UP BULKHEAD CHANNEL TO THE DOCKS AT OLDE TOWNE?

10       A.   THAT'S CORRECT.

11       Q.   AT ANYTIME ON MARCH 20TH OR THE 21ST, PRIOR TO

12   GOING OUT TO TAKE THE SEA TRIAL, DID YOU CHECK THE WEATHER?

13       A.   I DID.

14       Q.   HOW DID YOU CHECK THE WEATHER?

15       A.   WEBSITE, NOAA.GOV.

16       Q.   DO YOU RECALL WHAT THE WEATHER WAS?

17       A.   YES, SIR.

18       Q.   WHAT WAS THE WEATHER?

19       A.   IT WAS FORECASTED 10 TO 15 KNOTS OUT OF THE

20   NORTHEAST.

21       Q.   10 TO 15 OUT OF THE NORTHEAST?

22       A.   YES, SIR.

23       Q.   WHEN YOU LAUNCHED THE VESSEL AT RADIO ISLAND

24   MARINA, WHAT DIRECTION WAS THE WIND BLOWING?

25       A.   I DON'T RECALL NOTICING AT THAT POINT, BUT THE

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina 28570

1   FORECAST WAS CONSISTENT, IT DID NOT CHANGE THAT DAY.

2          Q.   WHEN YOU MOTORED FROM RADIO ISLAND MARINA OVER

3   TO THE DOCKS AT OLDE TOWNE, HOW WAS THE WEATHER?

4          A.   CONSISTENT, 10 TO 15 OUT OF THE NORTHEAST.

5          Q.   DID YOU CHECK SEA CONDITIONS?

6          A.   I DID.

7          Q.   WHAT WERE THE SEA CONDITIONS?

8          A.   3 TO 4.

9          Q.   3 TO 4?

10         A.   YES, SIR.

11         Q.   WHERE WAS THAT?

12         A.   3 TO 4 FEET IN THE OCEAN WITH AN OUTGOING TIDE.

13         Q.   MY NEXT QUESTION WAS, WHAT WERE THE TIDAL

14  CONDITIONS?

15         A.   OUTGOING.

16         Q.   OUTGOING?

17         A.   IN THE SAME DIRECTION AS THE WIND.

18         Q.   APPROXIMATELY WHAT TIME DID YOU ARRIVE AT THE

19  DOCKS AT OLDE TOWNE?

20         A.   AT APPROXIMATELY 3:00 O'CLOCK.

21         Q.   WAS MISTER HINES THERE WAITING ON THE DOCK FOR

22  YOU?

23         A.   I DON'T RECALL IF HE WAS ON THE DOCK, OR MET ME

24  SHORTLY THEREAFTER.

25         Q.   WAS ANYONE WITH HIM?

34

1    A.   YES, SIR.

2    Q.   WHO WAS WITH HIM?

3    A.   NEIL WAGONER.

4    Q.   DID YOU KNOW MISTER WAGONER BEFORE THAT DAY?

5    A.   I KNEW HIM, HE HAD PURCHASED A BOAT FROM BOATS

6  UNLIMITED PREVIOUSLY.

7    Q.   DID YOU SELL HIM THE BOAT, OR DID CHRIS POPE?

8    A.   CHRIS POPE SOLD HIM THE BOAT.

9    Q.   HOW MUCH PREVIOUS TO THIS INCIDENT?

10   A.   I DON'T RECALL THE DETAILS.

11   Q.   BUT YOU KNEW HIM THROUGH THAT BOAT PURCHASE?

12   A.   YES, SIR.

13   Q.   WAS IT WITHIN A YEAR OF MARCH 21, 2006, THAT

14 MISTER WAGONER PURCHASED THE BOAT?

15   A.   I DON'T KNOW THE SPECIFIC DATE OF PURCHASE.

16   Q.   DO YOU KNOW WHAT KIND OF BOAT HE PURCHASED?

17   A.   I DO.

18   Q.   WHAT WAS THAT?

19   A.   A TRITON L.T.S., 22 FOOTER.

20   Q.   IS IT SIMILAR TO THIS PARTICULAR BOAT?

21   A.   IT IS NOT, L.T.S. STANDS FOR LIGHT TACKLE

22 SERIES, IT'S COMMONLY CALLED A BAY BOAT, WHICH IS A LIGHTER,

23 SOFTER DEAD RISE.

24   Q.   FLATTER BOTTOM?

25   A.   FLATTER BOTTOM.

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina 28570

1   APPROXIMATELY WHAT TIME WAS IT?

2          A.   HE SPENT APPROXIMATELY TWENTY MINUTES IN THE

3   BOAT, TALKING, AND LOOKING AT THE COMPARTMENTS, AND THE

4   LAYOUT OF THE BOAT BEFORE WE LEFT THE DOCK.

5          Q.   WHEN YOU LEFT THE DOCK, WHO WAS OPERATING THE

6   BOAT?

7          A.   I WAS.

8          Q.   TELL US WHAT ROUTE YOU TOOK?

9          A.   I TRAVELED SOUTH THROUGH THE BEAUFORT HARBOR

10  CHANNEL, TOWARD 1BH AT THE HEAD OF THE BEAUFORT CHANNEL, AND

11  PROCEEDED TOWARD THE INLET.

12         Q.   SO YOU LEFT OLDE TOWNE MARINA, AND PROCEEDED

13  THROUGH BULKHEAD CHANNEL OUT TO THE SHIPPING CHANNEL FOR THE

14  MOREHEAD PORT THERE AT THE SOUTHERN TERMINUS OF RADIO ISLAND?

15         A.   CORRECT.

16         Q.   ONCE YOU REACHED THE SHIPPING CHANNEL, WHAT DID

17  YOU DO?

18         A.   BEFORE I REACHED THE SHIPPING CHANNEL, I HAD

19  GIVEN THE HELM TO DOCTOR HINES.

20         Q.   DO YOU RECALL AT WHAT POINT DOCTOR HINES TOOK

21  OVER THE HELM?

22         A.   WE WERE STILL IN THE NO-WAKE ZONE LEAVING

23  BEAUFORT HARBOR, I BELIEVE THE NO-WAKE ZONE IS CLOSE TO

24  THERE.

25         Q.   IT WAS BEFORE YOU REACHED THE NAVY RAMP AT THE

38

1    END OF RADIO ISLAND?

2            A.    YES.

3            Q.    SO SHORTLY AFTER DEPARTING THE DOCK, YOU GAVE

4    THE HELM OVER TO BEN HINES?

5            A.    THAT'S CORRECT.

6            Q.    THEN HE OPERATED THE VESSEL OUT OF BULKHEAD

7    CHANNEL INTO THE MOREHEAD CITY SHIPPING CHANNEL?

8            A.    THAT'S CORRECT.

9            Q.    AND THEN WHAT DIRECTION DID HE PROCEED?

10           A.    WE PROCEEDED THROUGH THE INLET, WHICH WOULD BE A

11   SOUTHEASTERLY DIRECTION.

12           Q.    DID YOU GO TO THE INLET, OR DID YOU PROCEED WITH

13   THE SHIPPING CHANNEL, AND THEN MAKE A TURN TOWARD THE EAST

14   AND GO OVER BEHIND SHACKLEFORD BANKS?

15           A.    THE SECOND.  WE PROCEEDED THROUGH THE SHIPPING

16   CHANNEL, AND THEN MADE OUR WAY FOR THE RANGE MARK AT

17   SHACKLEFORD BANKS.

18           Q.    WHAT SPEED DID DOCTOR HINES OPERATE THE VESSEL

19   ONCE HE REACHED THE SHIPPING CHANNEL?

20           A.    I DON'T RECALL SPECIFIC SPEED, I DO KNOW THAT

21   ONCE WE WERE BEHIND SHACKLEFORD, WE WERE CERTAINLY ON PLANE.

22           Q.    DID YOU PLANE BEFORE YOU REACHED SHACKLEFORD, OR

23   DO YOU RECALL?

24           A.    I DON'T RECALL.

25           Q.    BUT ONCE YOU GOT BEHIND SHACKLEFORD, BEN HINES

39

Case 4:09-cv-00003-BR   Document 39-4   Filed 12/30/09   Page 15 of 24

1    PUT THE BOAT UP ON A PLANE, AND OPERATED THE BOAT?

2            A.   THAT'S CORRECT.

3            Q.   IN WHAT AREA BEHIND SHACKLEFORD DID BEN HINES

4    OPERATE THE VESSEL?

5            A.   THERE'S A RED NUN ABOUT A MILE EAST OF THE RANGE

6    MARK, BETWEEN THE RED NUN AND THE RANGE MARKER.

7            Q.   THE RED NUN IS THERE AT THE BREAKWATER TO THE

8    JETTY?

9            A.   THERE'S A JETTY THERE, YES, SIR.

10           Q.   SO HE OPERATED IT UP TO ABOUT THE JETTY, AND

11   THEN WHAT HAPPENED?

12           A.   DOCTOR HINES HAD THE HELM, AND WANTED TO DRIVE

13   THE BOAT TO GET A FEEL FOR HOW IT WOULD HANDLE.  HE WANTED TO

14   SEE HOW IT WOULD TRACK AND TAKE A TURN, SO ON PLANE, HE ASKED

15   IF IT WOULD BE APPROPRIATE, OR OKAY, TO TURN THE BOAT LEFT

16   AND RIGHT, WHICH HE DID.

17           Q.   DID HE EVER TURN THE BOAT AROUND AND HEAD BACK

18   TOWARD MOREHEAD CITY?

19           A.   HE DID.

20           Q.   HOW LONG DID HE OPERATE THE VESSEL?

21           A.   I'D SAY HE WAS OPERATING THE VESSEL

22   APPROXIMATELY TEN TO FIFTEEN MINUTES.

23           Q.   WHERE WAS THE LOCATION OF THE PERSONS ON BOARD

24   WHEN BEN HINES WAS OPERATING THE VESSEL?

25           A.   BEN HINES, OF COURSE, IS AT THE HELM, I DON'T

                                40

1    RECALL WHERE I WAS, OR MISTER WAGONER.

2         Q.   YOU JUST RECALL BEN HINES BEING AT THE HELM?

3         A.   THAT'S CORRECT.

4         Q.   THE HELM WOULD BE LOCATED BEHIND THE CENTER

5    CONSOLE?

6         A.   BEHIND THE CENTER CONSOLE ON THE LEFT SIDE.

7         Q.   THE LEFT SIDE?

8         A.   YES, SIR.

9         Q.   DID THERE COME A POINT IN TIME WHEN YOU TOOK

10   OVER THE OPERATION OF THE VESSEL?

11        A.   YES, SIR.

12        Q.   WHEN WAS THAT?

13        A.   AFTER MISTER - DOCTOR HINES ASKED ME TO.

14        Q.   WHERE WAS THE VESSEL AT THAT POINT?

15        A.   BETWEEN THE RED NUN AND THE RANGE MARKER.

16        Q.   THE RANGE MARKER, YOU'RE REFERRING TO THE MARKER

17   ON THE POINT OF SHACKLEFORD?

18        A.   YES, SIR, THE TRIPLE DOLPHIN PILING JUST OFF THE

19   TIP OF SHACKLEFORD.

20        Q.   WHY DID YOU TAKE OVER OPERATION OF THE VESSEL

21   THEN?

22        A.   DOCTOR HINES ASKED ME TO.

23        Q.   FOR ANY PARTICULAR REASON?

24        A.   HE HAD INDICATED THAT HE WANTED TO SEE HOW THE

25   BOAT WOULD HANDLE, AND HE WANTED TO SEE WHAT IT WOULD DO, SO

41

HE ASKED ME TO TAKE THE VESSEL AT THAT TIME.

Q.    WAS THAT THE REASON HE ASKED YOU TO TAKE IT
OVER, OR WAS IT BECAUSE HE FELT LIKE THE VESSEL WAS NOT
HANDLING PROPERLY?

A.    AT NO POINT DID I PERCEIVE THAT THE VESSEL WAS
HANDLING IMPROPERLY.

Q.    DID BEN HINES PERCEIVE THAT IT WASN'T HANDLING
PROPERLY?

A.    I DON'T KNOW THAT HE DID.

Q.    BUT HE ASKED YOU TO TAKE OVER THE OPERATION OF
THE VESSEL?

A.    HE DID.

Q.    DID YOU DO SO?

A.    YES, SIR.

Q.    WHEN YOU TOOK OVER THE OPERATION OF THE VESSEL,
YOU GOT BEHIND THE HELM?

A.    YES, SIR.

Q.    WHERE WAS BEN HINES?

A.    BEN HINES WAS TO MY LEFT, ON THE PORT SIDE OF
THE BOAT.

Q.    IS THERE ANY SEATING THERE?

A.    NO, SIR.

Q.    WAS HE STANDING?

A.    HE WAS STANDING.

Q.    WAS HE HOLDING ONTO ANYTHING?

42

1        A.    YES, SIR.

2        Q.    WHAT WAS HE HOLDING ONTO?

3        A.    THE PIPES OF THE T-TOP.

4        Q.    WHICH PIPES OF THE T-TOP?

5        A.    MY RECOLLECTION IS ONE HAND ON THE VERTICAL

6  PIPE, AND ONE HAND ON THE HORIZONTAL PIPE ABOVE.

7        Q.    DO YOU RECALL WHICH HAND WAS WHERE?

8        A.    NO, SIR.

9        Q.    WHERE WAS THE OTHER PASSENGER, MISTER WAGONER?

10       A.    MISTER WAGONER WAS BEHIND THE LEAN POST, BEHIND

11  ME, HOLDING ONTO THE GRAB RAIL.

12       Q.    ONCE YOU TOOK OVER THE OPERATION OF THE VESSEL,

13  TELL ME WHAT YOU DID?

14       A.    WE MOTORED OFF PLANE, OR NOT ON PLANE, TOWARD

15  THE RANGE MARKER, TOWARD THE INLET IN A WESTERLY DIRECTION,

16  AND UPON REACHING THE ENTRANCE TO THE INLET, TURNED SOUTH AND

17  HEADED TOWARD THE DEMARCATION LINE.

18       Q.    WHAT SPEED WERE YOU OPERATING?

19       A.    IN BETWEEN 10 AND 15 MILES AN HOUR.

20       Q.    WAS THE VESSEL ON PLANE?

21       A.    NO, SIR.

22       Q.    YOU MADE YOUR TURN IN THE VICINITY OF WHAT YOU

23  REFERRED TO AS A RANGE MARKER ON THE WESTERN POINT OF

24  SHACKLEFORD BANKS?

25       A.    I WOULD SAY THAT WE WERE ONE-THIRD THE DISTANCE

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina 28570

BETWEEN THE RANGE MARKER AND FORT MACON.

        Q.    THEN YOU MADE A TURN TO THE PORT?

        A.    TO PORT, IN A SOUTHERLY DIRECTION, YES, SIR.

        Q.    WHAT DID YOU DO THEN?

        A.    WE MOTORED FORWARD.

        Q.    WHAT HAPPENED?

        A.    WE CONTINUED FORWARD FOR A FEW HUNDRED - I'D SAY 100 YARDS, WE WENT - THE SPEED WE WERE TRAVELING WAS AT AN EFFORT TO MAINTAIN A SAFE SPEED.  THERE WERE A SET OF WAVES THAT I HAD TO NEGOTIATE, OUR SAFE SPEED WAS DESIGNED TO TAKE A WAVE TO THE CREST AND THEN DOWN TO THE TROUGH.  WE WENT UP AND DOWN THE FIRST WAVE, UP AND DOWN THE SECOND WAVE, THE PERIOD OF THE THIRD WAVE WAS SHORTER, AND THE V-HULL OF THE BOAT PENETRATED THAT THIRD WAVE AND WE FELT A JOLT, AT WHICH POINT I LOOKED OVER AND SAW THAT DOCTOR HINES WAS ON THE FLOOR OF THE BOAT.

        Q.    DID YOU SEE DOCTOR HINES BEING THROWN IN THE AIR, OR HAVE THE PERCEPTION OF BEING THROWN IN THE AIR WHEN YOU NEGOTIATED THE THIRD WAVE?

        A.    NO, SIR.

        Q.    SO ALL YOU SAW WAS DOCTOR HINES ON THE FLOOR?

        A.    THAT'S CORRECT.

        Q.    YOU FELT A JOLT FROM NEGOTIATING A WAVE?

        A.    YES, SIR.

        Q.    CAN YOU DESCRIBE DOCTOR HINES'S PHYSICAL

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina 28570

GENERAL AREA THAT YOU TOOK OVER, AND THEN I WANT YOU TO SHOW

US THE COURSE THAT YOU TOOK FROM THE TIME YOU TOOK OVER UNTIL

THE INCIDENT OCCURRED WHEN DOCTOR HINES IS THROWN DOWN IN THE

BOTTOM OF THE VESSEL.

        MR. PION:  NOTE AN OBJECTION TO THE FORM OF THE

QUESTION.  YOU CAN GO AHEAD AND ANSWER, YOU CAN GO AHEAD AND

DRAW THE LINE.

        A.   I MEAN, MAY I SUGGEST A SMALLER CIRCLE

INDICATING THE GENERAL LOCATION?

        Q.   THAT'S FINE.

        A.   AND THEN A SOLID LINE TO THE AREA OF THE

INCIDENT?

        Q.   WHICHEVER WAY YOU CAN BEST ILLUSTRATE IT.

        A.   OKAY - (INDICATING ON EXHIBIT.)

        Q.   IS THAT - IS WHERE YOU TERMINATED YOUR LINE

WHERE YOU CONTEND THE INCIDENT OCCURRED?

        A,   YES, SIR.

        Q.   PLACE AN "X" THERE, PLEASE.

        A.   (INDICATING ON EXHIBIT.)

        Q.   I BELIEVE YOU HAD TESTIFIED EARLIER THAT THE

FORECASTED WAVE CONDITIONS WERE 3 TO 4 FEET?

        A.   YES, SIR.

        Q.   AND DID YOU OBSERVE WAVES IN THE BEAUFORT INLET

OF THAT MAGNITUDE?

        A.   YES, SIR.

52

1    Q.    WHAT DIRECTIONS WERE THE WAVES COMING FROM?

2    A.    I DON'T KNOW THE DIRECTION OF THE WAVES.  I DO

3    KNOW THE FORECAST WAS NORTHEAST AND AN OUTGOING TIDE, SO WE

4    WERE DOWN WIND AND DOWN SEA.

5    Q.    YOU SAW WAVES IN THE BEAUFORT INLET, DID YOU

6    NOT?

7    A.    THAT'S CORRECT.

8    Q.    WERE THOSE WAVES COMING TOWARDS LAND, OR WERE

9    THEY GOING AWAY FROM LAND?

10    A.    I DON'T RECALL.

11    Q.    LET ME ASK YOU THIS, WERE THE WAVES

12    IN THE BEAUFORT INLET AREA GOING FROM THIS

13    DIRECTION - (INDICATING) - OR WERE THEY COMING FROM THIS

14    DIRECTION - (INDICATING)?

15    A.    I SAW A SET OF THREE WAVES, OFTEN THERE IS NOT A

16    STEADY PATTERN OF WAVE DIRECTION IN AN INLET, BECAUSE THE

17    WIND DIRECTION WAS NORTHEAST AND THE TIDE WAS OUTGOING, I

18    KNOW THAT THEY WERE CALMER THAN THEY NORMALLY ARE.

19    Q.    THE WAVES WERE COMING AT YOU AS YOU WERE

20    TRAVELING OUT, WERE THEY NOT?

21    A.    I DON'T RECALL.

22    Q.    WERE THE WAVES GOING AWAY FROM YOU?

23    A.    I DON'T RECALL.

24    Q.    BUT YOU HAVE NO RECOLLECTION OF WHAT DIRECTION

25    THE WAVES THAT YOU ENCOUNTERED IN BEAUFORT INLET WERE

53

1     TRAVELING?

2              A.   NO, SIR.

3              Q.   YOU DON'T KNOW IF THOSE WAVES WERE COMING

4     TOWARDS YOU, OR IF THEY WERE GOING AWAY FROM YOU?

5              A.   NO, SIR.

6              Q.   WERE THEY AT A RIGHT OBLIQUE . . .

7                   MR. PION:  MAY HE SIT DOWN NOW?

8                   MR. WEEKS:  YES.

9              Q.   WERE THOSE WAVES AT A RIGHT OBLIQUE ANGLE TO

10    YOUR VESSEL, A LEFT OBLIQUE ANGLE TO YOUR VESSEL, OR DO YOU

11    KNOW?

12             A.   THE WAVES WERE PERPENDICULAR TO THE VESSEL.

13             Q.   PERPENDICULAR.  WHICH DIRECTION WAS THE VESSEL

14    HEADING?

15             A.   IN A SOUTHERLY DIRECTION.

16             Q.   WAS IT HEADING TRUE SOUTH, OR WAS IT HEADING

17    SOUTHWEST, DID THE VESSEL HAVE A COMPASS?

18             A.   I DON'T RECALL.

19             Q.   YOU KNOW THE WAVES WERE PERPENDICULAR TO THE

20    VESSEL, BUT YOU DON'T KNOW IF THEY WERE COMING TOWARDS YOU OR

21    GOING AWAY FROM YOU?

22             A.   NO, SIR.

23             Q.   WHAT WAS YOUR ESTIMATE OF THE WIND SPEEDS AT THE

24    TIME OF THE INCIDENT?

25             A.   10 TO 15 KNOTS.

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina  28570

1    Q.    DO YOU KNOW WHICH HAND WAS ON THE VERTICAL?

2    A.    NO, SIR.

3    Q.    DO YOU KNOW WHICH HAND WAS ON THE HORIZONTAL?

4    A.    NO, SIR.

5    Q.    WHICH WAY WAS BEN HINES FACING WHEN THE WAVES

6    WERE ENCOUNTERED, IF YOU KNOW?

7    A.    FORWARD.

8    Q.    DID YOU VERBALIZE ANY TYPE OF WARNING TO THE

9    PASSENGERS ON YOUR VESSEL WHEN YOU ENCOUNTERED THESE THREE

10   WAVES?

11   A.    NO, SIR.

12   Q.    WERE THESE WAVES LARGER THAN THE OTHER WAVES IN

13   THE INLET, OR WERE THEY BASICALLY THE SAME SIZE, GENERALLY?

14   A.    I DESCRIBED THEM AS THE SAME SIZE AND VERY

15   TYPICAL.

16   Q.    YOU DESCRIBED IT AS A SET OF THREE WAVES?

17   A.    YES, SIR.

18   Q.    YOU NEGOTIATED THE FIRST TWO WAVES BEFORE BEN

19   HINES WAS THROWN DOWN WHEN THE VESSEL ENCOUNTERED THE THIRD

20   WAVE?

21           MR. PION:   NOTE AN OBJECTION TO THE FORM OF THE

22   QUESTION.  YOU CAN ANSWER.

23   A.    WILL YOU REPEAT THE QUESTION, PLEASE?

24   Q.    YOU HAD NEGOTIATED THE FIRST TWO WAVES OF THE

25   SET OF THREE BEFORE YOU ENCOUNTERED THE THIRD WAVE WHICH

Coastal Court-Reporting Agency, Inc.
P.O. Box 788, Newport, North Carolina  28570