# EXHIBIT C

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:09-CV-3-BR

| | | |
|---|---|---|
| BENJAMIN G. HINES, JR., | ) | VIDEOTAPED |
| PLAINTIFF, | ) | D-E-P-O-S-I-T-I-O-N |
| VS. | ) | OF |
| TRIAD MARINE CENTER, INC., ET AL, | ) | MICHAEL NEIL WAGONER |
| DEFENDANTS. | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOVEMBER 19, 2009, AT COASTAL COURT REPORTING AGENCY, INC., 136 EAST CHATHAM STREET, NEWPORT, NORTH CAROLINA

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF - STEVENSON L. WEEKS, ESQ.

WHEATLY, WHEATLY, WEEKS & LUPTON, P.A.
ATTORNEYS AT LAW
710 CEDAR STREET
BEAUFORT, NC

CHARLES R. HARDEE, ESQ.

HARDEE AND HARDEE
ATTORNEYS AT LAW
202 EAST ARLINGTON BOULEVARD
GREENVILLE, NC 27858

FOR THE DEFENDANTS - J. LAWSON JOHNSTON, ESQ.
JOHN T. PION, ESQ.

DICKIE, MCCAMEY & CHILCOTE, P.C.
ATTORNEYS AT LAW
TWO PPG PLACE, SUITE 400
PITTSBURGH, PA 15222

COURT REPORTER - SHERRY HOPKINS

COASTAL COURT-REPORTING AGENCY, INC.
P.O. BOX 788
NEWPORT, NORTH CAROLINA 28570
TEL: (252) 223-4045
FAX: (252) 223-3663

EXPERIENCE IS IN BOATING, WHAT KIND OF BOATS YOU'VE OPERATED, WHERE YOU'VE OPERATED?

A. I'M ACTUALLY NOW A COAST GUARD CAPTAIN. I'VE BEEN AROUND BOATS MY WHOLE LIFE, I GREW UP FISHING WITH MY DAD, WATERSKIING, AND ALL THAT. I ACTUALLY OWNED A BOAT BEFORE I HAD A DRIVER'S LICENSE, AND AS SOON AS I HAD MY DRIVER'S LICENSE, I WAS PULLING A BOAT TO DIFFERENT PLACES. SO I'VE ALWAYS BEEN AROUND THE WATER, ALWAYS BEEN AROUND THE OCEAN AS WELL, TOOK YEARLY TRIPS DOWN TO THE TOWN, TO THE BEACHES AND STUFF WHERE WE OPERATED A BOAT THERE.

Q. SO YOU'RE A PRETTY EXPERIENCED BOATER?

A. UH-HUH.

Q. YES?

A. YES.

Q. DO YOU OWN A BOAT NOW?

A. YES.

Q. ACCORDING TO THE STATEMENT, IT WAS A 22 FOOT LIGHT TACKLE?

A. IT'S A 22 FOOT CENTER CONSOLE. IT'S A BAY BOAT, SO YOU CAN GET IT IN THE FLATS OR TAKE IT OFFSHORE, AND I BOUGHT THAT BOAT PREVIOUS TO THE TEST DRIVE WITH BEN.

Q. WHEN, MARCH OF '06?

A. YES, I BOUGHT IT IN FEBRUARY.

Q. BEFORE THAT, DID YOU OWN A BOAT?

A. YES, I'VE OWNED THREE OR FOUR BOATS.

Q. WERE THEY ALL POWERBOATS?

A. UH-HUH.

Q. YES?

A. YES, AND A KAYAK.

Q. HOW ABOUT YOUR EXPERIENCE IN THE BEAUFORT INLET, HOW MANY YEARS AND HOW OFTEN WOULD YOU SAY THAT, BEFORE THIS ACCIDENT OCCURRED, WHAT YOUR EXPERIENCE WOULD HAVE BEEN THERE?

A. LIKE I SAID, WE CAME DOWN REGULARLY. I WOULD SAY EVERY YEAR OR SO WE WOULD COME DOWN AT LEAST ONCE, MOST OF THE TIME WE WENT OUT OF BARDENS INLET OUT ON HARKERS ISLAND, BUT I'VE TAKEN A 14 FOOT JON BOAT THREE MILES OFFSHORE OUT OF THAT INLET WHEN I WAS TWENTY YEARS OLD. SO I'VE BEEN AROUND THAT INLET, AND THEN EVER SINCE WE MOVED HERE, I'VE BEEN OUT NUMEROUS . . .

Q. NUMEROUS TIMES?

A. HUNDREDS OF TIMES.

Q. SO YOU'RE FAMILIAR WITH THE INLET, AND SHACKLEFORD ISLAND, AND FORT MACON, AND SO FORTH?

A. YES.

Q. MISTER WAGONER, WHAT WE'RE GOING TO DO IS, WE HAVE THE AUDIO VERSION OF THE STATEMENT THAT YOU GAVE SHARI NELSON ON MARCH 29TH, '06. WE'RE GOING TO ASK THE COURT REPORTER OR VIDEOGRAPHER, RATHER, TO PLAY THAT SO THAT WE CAN ALL LISTEN TO IT. IT'S ABOUT SEVEN MINUTES LONG, IF THAT'S

OKAY?

A. SURE.

MR. WEEKS: I'M GOING TO OBJECT TO THE PLAYING OF THE TAPE AT THIS TIME.

(DEFENDANTS' EXHIBIT [30] WAS PLAYED ALOUD.)

Q. MISTER WAGONER, WE'VE JUST LISTENED TO THE STATEMENT, I BELIEVE, THAT YOU GAVE SHARI NELSON, IS THAT CORRECT?

A. YES.

Q. THAT WAS YOUR VOICE?

A. YES.

Q. I'D LIKE TO GO OVER SOME OF THE STATEMENT WITH YOU, AND ACTUALLY, WE'VE HAD IT MARKED AS EXHIBIT [25], THE TRANSCRIBED STATEMENT, AND I WONDER IF YOU COULD JUST TAKE A LOOK AT THAT FOR A MINUTE AND JUST TELL US WHETHER OR NOT THAT WAS THE STATEMENT THAT YOU GAVE TO SHARI NELSON?

A. (PAUSE - PERUSES EXHIBIT) - YES.

Q. JUST FOR THE RECORD, THAT'S A FOUR PAGE STATEMENT. AS I UNDERSTAND IT, DOCTOR HINES HAD ASKED YOU TO GO ON THIS TEST DRIVE WITH HIM ON MARCH 21ST, 2006?

A. YES, HE CALLED ME AND SAID HE WAS GOING TO TEST DRIVE THE BOAT, AND ASKED ME IF I WANTED TO GO AND I SAID, SURE.

Q. I'M GOING TO ASK YOU SOME QUESTIONS, I DON'T KNOW IF YOU'LL REMEMBER OR NOT, BUT THAT'S FINE. DO YOU

REMEMBER WHEN IT WAS THAT HE CALLED YOU, WAS IT THE DAY BEFORE OR WAS IT THAT DAY?

A. I BELIEVE IT WAS THAT DAY.

Q. YOU HAD SAID IN THE STATEMENT THAT YOU HAD SOME INTEREST IN MAYBE RIDING THAT BOAT TOO?

A. YES, I WAS JUST MORE CURIOUS THAN ANYTHING. I HADN'T RIDDEN IN THAT STYLE OF BOAT AND I WAS JUST CURIOUS TO SEE HOW IT WOULD RIDE.

Q. DOCTOR HINES - WHAT WAS THE PURPOSE FOR HIS ASKING YOU TO GO ALONG WITH HIM?

A. I COULDN'T SAY THAT. I MEAN, I KNEW HE WAS LOOKING FOR A BOAT, AND I WAS TELLING HIM THAT I WAS PLEASED, AT THE TIME, I WAS PLEASED WITH BOATS UNLIMITED AND SO . . .

Q. DID HE JUST KIND OF WANT YOUR OPINION, MAYBE, ABOUT THE BOAT?

A. I COULDN'T SAY.

Q. THAT'S FINE. THE WEATHER CONDITIONS THAT DAY, DO YOU RECALL?

A. FROM THE BEST OF WHAT I REMEMBER, IT WASN'T A BEAUTIFUL DAY. IT WAS NOT A SUNSHINE DAY, IT WAS KIND OF A GRAY, OVERCAST DAY, I DO NOT THINK IT WAS RAINING, IT WAS A WINDY DAY.

Q. NOTHING UNUSUAL FOR . . .

A. FOR DOWN HERE, ABSOLUTELY NOT.

Q. OKAY. I DON'T KNOW IF YOU REMEMBER, LIKE, WIND

DIRECTION OR ANY OF THAT, DO YOU HAVE ANY IDEA ABOUT THAT?

A. IT SEEMS LIKE IT WAS FROM THE NORTH, BUT I'M NOT - I COULDN'T - I WOULDN'T WANT TO SWEAR TO THAT. I KNOW IT WAS EITHER BLOWING STRAIGHT INTO THE INLET OR STRAIGHT OUT, BECAUSE THE WAVES WERE FROM THAT DIRECTION WHEN WE WERE GOING STRAIGHT.

Q. DO YOU REMEMBER THE HEIGHT OF THE WAVES?

A. I WOULD SAY 2 TO 3 FEET.

Q. NOTHING UNUSUAL FOR . . .

A. NOT FOR THAT INLET, NO.

Q. YOU'D BEEN OUT IN THAT INLET, YOU SAY, MANY TIMES?

A. MANY TIMES.

Q. HAD YOU BEEN IN THOSE SAME CONDITIONS MANY TIMES?

A. YES, AND WORSE.

Q. YOU WEREN'T AFRAID TO GO OUT IN THE BOAT THAT DAY?

A. NO.

Q. IT WASN'T ONE OF THOSE DAYS WHERE YOU'D SAY, I'M NOT GOING OUT IN THOSE CONDITIONS, IT'S TOO . . .

MR. WEEKS: I'M GOING TO OBJECT TO THE CONTINUOUS LEADING.

MR. JOHNSTON: I DON'T KNOW IF I LED YET. THAT WAS A LEADING QUESTION, I'LL AGREE, I'LL WITHDRAW THAT

QUESTION.

Q. YOU DIDN'T HAVE ANY OBJECTION OR DID YOU HAVE ANY OBJECTION TO GOING OUT THAT DAY?

A. NO.

Q. DO YOU - YOU WERE FRIENDS WITH DOCTOR HINES?

A. YES.

Q. AND STILL TODAY?

A. YES.

Q. AND YOU'RE STILL LIVING AT THAT ADDRESS?

A. YES.

Q. AT OLDE TOWNE?

A. YES.

Q. CAN YOU JUST GIVE A VERY BRIEF DESCRIPTION OF THE BOAT?

A. THE BOAT THAT WE WERE ON THAT DAY?

Q. YES?

A. I WANT TO SAY IT WAS AROUND 25 FEET, HAS A DEEP-V, CENTER CONSOLE, DIDN'T RIDE VERY WELL, JUST KIND OF A - IT'S VERY SIMILAR TO THE BOAT THAT BEN ENDED UP BUYING, BUT A DIFFERENT BRAND.

Q. WHAT BRAND DID HE BUY, DO YOU KNOW?

A. I DO NOT KNOW.

Q. DO YOU KNOW WHEN IT WAS THAT HE BOUGHT THAT BOAT?

A. NOT LONG AFTER THAT TEST - OR WITHIN THAT YEAR.

Q. AS FAR AS THE TEST DRIVE, DO YOU REMEMBER HOW LONG IT WAS FROM THE TIME YOU GOT IN THE WATER UNTIL, LET'S SAY, THE ACCIDENT OCCURRED?

A. LESS THAN AN HOUR.

Q. DO YOU KNOW JUST GENERALLY WHERE YOU WENT THAT DAY?

A. WE LEFT OLDE TOWNE, HEADED TOWARD THE INLET. LIKE I SAID, BEN WAS DRIVING, AND BEN BASICALLY TOOK THE BOAT INSIDE INLET AREA, ALL AROUND BEHIND, KIND OF BEHIND SHACKLEFORD, YOU KNOW, THE FORT MACON AREA, INLAND OF THE INLET.

Q. WHEN THIS INCIDENT OCCURRED, WHERE WERE YOU WHEN IT ACTUALLY OCCURRED, THE ACCIDENT?

A. WHEN THE ACCIDENT OCCURRED, JOHN WAS DRIVING, AND WE WERE RIGHT IN THE MIDDLE OF THE INLET.

Q. DO YOU KNOW WHAT THE DEPTH WOULD HAVE BEEN THERE?

A. IN THE CHANNEL THERE, THAT'S AROUND 50 FEET, PROBABLY.

Q. WHEN THE INCIDENT OCCURRED, I KNOW WHAT YOU SAID ABOUT THE WAVE, HITTING THE WAVE, BUT WHEN THE INCIDENT OCCURRED, WERE YOU ON PLANE?

A. NO. I THINK WE WERE PROBABLY GOING UNDER TWENTY MILES AN HOUR, AND, NO, I WOULDN'T CONSIDER IT FULL PLANE IF WE WERE TO - I FELT LIKE IF WE WERE GOING ON FULL PLANE, WE

WOULD HAVE BEEN BOUNCING ALONG THE TOP OF THE WAVES, AND WE WERE TAKING EACH WAVE INDIVIDUALLY.

Q. WOULD YOU - THE WAY THAT JOHN WAS OPERATING THE BOAT, WAS HE DOING ANYTHING WRONG, IN YOUR OBSERVATIONS?

MR. WEEKS: OBJECTION.

Q. YOU CAN ANSWER?

A. NO, I DON'T THINK HE WAS DOING ANYTHING WRONG.

Q. DID YOU FEEL UNSAFE AT ANY TIME?

A. NO.

Q. DID YOU FEEL AT RISK FOR INJURY AT ANY TIME?

MR. WEEKS: OBJECTION TO THE LEADING.

Q. YOU CAN ANSWER?

A. NO, I WAS HOLDING ON AND WATCHING WHERE WE WERE GOING. I WAS HOLDING ON, BUT THAT WOULD BE THE NORMAL WHEN WE LEAVE IN A BOAT, THAT I'M LEAVING THE INLET.

Q. DO YOU RECALL WHERE YOU WERE STANDING?

A. I WAS STANDING BEHIND THE CONSOLE OR BEHIND THE - THAT BOAT HAS A CONSOLE WHERE THE STEERING WHEEL IS, AND THEN IT HAS LIKE A LEANING POST WHERE THE DRIVER COULD BE, AND I WAS STANDING BEHIND THAT, HOLDING ON TO THE HANDRAILS IN THE BACK OF THE BOAT.

Q. WHERE WAS DOCTOR HINES WHEN HE FELL?

A. HE WAS STANDING TO THE LEFT OF THE - OF JOHN, FURTHER UP IN THE BOAT.

Q. WERE THERE ANY OTHER BOATS OUT THAT DAY?

A. THERE WERE SOME OTHER BOATS. IT WAS DURING THE WEEK, SO IT WASN'T A HUGE BOATING DAY ANYWAY, AND IN MARCH, THE SAME APPLIES, BUT I DO REMEMBER SEEING OTHER BOATS.

Q. COULD YOU DESCRIBE THE WAVE THAT YOU HIT, THE MANNER IN WHICH YOU HIT THE WAVE, AT WHAT ANGLE?

A. WE WERE GOING PERPENDICULAR OUT THE INLET AND THE WAVES WERE COMING STRAIGHT IN, BECAUSE THE TIDE WAS GOING OUT, THE WAVES GET SHORTER. SO WE WERE - EVERY WAVE WE HIT, THE BOW OF THE BOAT WAS RAISING UP AND IT WAS HITTING HARD ON THE WATER, AND THAT PARTICULAR WAVE WAS, TO ME, ABOUT THE SAME AS THE PREVIOUS ONES WE HAD HIT, BUT THAT PARTICULAR ONE, HE FELL.

Q. WHEN YOU SAY THE PREVIOUS ONES, CAN YOU SAY FOR MAYBE HOW LONG A PERIOD OF TIME, WHETHER IT WAS MINUTES OR LESS THAN A MINUTE THAT YOU HIT THESE PREVIOUS WAVES?

A. I DON'T RECALL, BUT WE HAD HIT SEVERAL PRIOR TO THAT.

Q. WHEN YOU SAID THAT IT WAS JUST ONE OF THOSE THINGS, IT WAS JUST AN ACCIDENT?

A. TO ME, IT WAS JUST AN ACCIDENT. I DON'T - YOU KNOW, COULD JOHN HAVE SAID, HEY, HOLD ON, MAYBE, BUT COULD BEN HAVE BEEN HOLDING ON, MAYBE. IT'S JUST ONE OF THOSE THINGS THAT HAPPENS.

Q. HAD YOU BEEN EVER BOATING WITH DOCTOR HINES BEFORE THIS ACCIDENT?

A. I DON'T THINK SO.

Q. DID YOU SEE THE MANNER IN WHICH DOCTOR HINES FELL, WERE YOU LOOKING?

A. NO, NOT THAT I COULD SAY.

Q. YOU COULDN'T SAY THAT HE WAS THROWN UP IN THE AIR OR ANYTHING?

A. NO, I COULDN'T.

Q. ARE YOU FRIENDS WITH ANY OF THE POPES, THE POPES THAT OWN BOATS UNLIMITED?

A. CHRIS POPE WAS WHO I BOUGHT MY BOAT FROM. I ACTUALLY WOULD HAVE SAID YES AT THE TIME OF THIS. ACTUALLY, I HAVE NOT REALLY AGREED WITH SOME OF THE THINGS THEY DID TO MY BOAT SINCE THEN, AND SO I WILL NOT TAKE MY BOAT THERE ANY LONGER.

Q. BEFORE THE ACCIDENT OCCURRED, YOU BOUGHT YOUR BOAT AROUND WHAT TIME FRAME?

A. I BOUGHT IT IN THE WINTER, IN DECEMBER.

Q. OF '05?

A. UH-HUH. YES, I'M SORRY.

Q. SO THAT WOULD HAVE BEEN, LIKE, SEVERAL MONTHS BEFORE THIS ACCIDENT WE'RE HERE FOR?

A. RIGHT.

Q. HAD YOU EVER SOCIALIZED WITH CHRIS POPE?

A. WE HAD BEEN - THIS IS PRIOR TO THAT, HE HAD TAKEN ME FISHING A COUPLE OF TIMES, BASICALLY TEST DRIVING

THE BOAT THAT I ENDED UP PURCHASING OR A BOAT LIKE I WAS PURCHASING, AND I'D SEE HIM OUT EVERY ONCE IN A WHILE, BUT THAT'S BASICALLY IT.

Q. WHEN YOU SAY YOU'D SEE HIM OUT, WHAT DO YOU MEAN BY THAT?

A. I SAW HIM AT THE BIG ROCK BARBECUE AND A COUPLE OTHER INSTANCES, I'VE JUST SEEN HIM AROUND TOWN.

Q. BUT YOU WEREN'T THERE WITH HIM?

A. NO.

Q. OR DIDN'T HOOK UP WITH HIM WHEN YOU WERE THERE?

A. NO.

Q. ON THESE TEST RUNS THAT CHRIS POPE WENT OUT WITH YOU ON, DO YOU REMEMBER ABOUT HOW MANY THERE WERE?

A. TWO, MAYBE THREE.

Q. WHERE DID YOU DO YOUR TEST RUNS?

A. TWO OF THEM WERE OUT IN THE INLET. ACTUALLY, WE WENT TO CAPE LOOKOUT AND FISHED AROUND THE ROCK JETTY AT CAPE LOOKOUT.

Q. WAS THE PURPOSE FOR YOU TO TEST THE BOAT?

A. TEST THE BOAT AND FISH.

Q. THEN, DO YOU RECALL WHEN THOSE TOOK PLACE, KEEPING IN MIND YOU BOUGHT THE BOAT AROUND DECEMBER OF '05?

A. YES, THEY WOULD HAVE BEEN IN THE FALL, PROBABLY IN THE SEPTEMBER/OCTOBER TIME FRAME.

Q. WERE THERE TWO OR THREE OCCASIONS, DO YOU RECALL?

A. I DON'T REMEMBER EXACTLY.

Q. AFTER YOU BOUGHT THE BOAT FROM CHRIS POPE, DID YOU EVER SOCIALIZE WITH HIM AFTER THAT, AFTER, I GUESS, DECEMBER OF '05, IF YOU BOUGHT IT THEN?

A. OTHER THAN WHEN I WAS TAKING MY BOAT IN TO GET SERVICE, WE WOULD TALK HERE AND THERE, BUT NOT WHERE WE WOULD ACTUALLY HANG OUT, I WOULD SAY.

Q. DID YOU EVER TALK TO CHRIS POPE ABOUT DOCTOR HINES' ACCIDENT?

A. NEVER, ACTUALLY, AT ALL, NEVER.

Q. DID YOU TALK TO ANY OF THE POPES ABOUT DOCTOR HINES' ACCIDENT?

A. NO.

Q. WHAT ABOUT JOHN HYDE, HAD YOU EVER SPOKEN TO JOHN HYDE ABOUT THE ACCIDENT?

A. NEVER, I'VE NEVER SEEN HIM AGAIN.

Q. WAS THERE ANY DISCUSSION THE DAY OF THE ACCIDENT WITH JOHN HYDE?

A. YES. I MEAN, HE WAS VISUALLY UPSET ABOUT THE ACCIDENT AFTER THE TOOK BEN, AND, YOU KNOW, HE ASKED ME IF, YOU KNOW, I THOUGHT IT WOULD BE OKAY TO CALL HIM AND SEE HOW HE WAS DOING, AND I THOUGHT IT WOULD BE FINE. YOU KNOW, YOU COULD JUST TELL THAT HE WAS, YOU KNOW, CONCERNED.

Q. DID YOU EVER TALK ABOUT THE FACTS OF THE ACCIDENT, LIKE HOW IT OCCURRED OR ANYTHING LIKE THAT WITH

JOHN HYDE?

A. NO.

Q. ACTUALLY, DOCTOR HINES, WE TOOK HIS DEPOSITION ON SEPTEMBER 29TH, THIS YEAR, AND I ASKED, ON PAGE 230 AND 231, IF DOCTOR HINES EVER TALKED TO YOU ABOUT HOW THE ACCIDENT HAPPENED OR ABOUT THE ACCIDENT, AND HE SAID THAT FRIENDSHIP MEANS MORE, I WOULDN'T. I WOULD NOT HAVE, HE WOULD NEVER SPEAK TO YOU ABOUT THE ACCIDENT, HAS HE EVER TALKED TO YOU ABOUT THE ACCIDENT?

A. NEVER, NEVER A WORD.

Q. I ALSO, LAST WEEK, TOOK THE DEPOSITION OF TOMMY NELSON, DO YOU KNOW TOMMY NELSON?

A. YES.

Q. HE ALSO LIVES AT OLDE TOWNE YACHT CLUB?

A. YES.

Q. ARE YOU FRIENDS WITH HIM?

A. YES.

Q. HE SAID SOMETHING ABOUT - THAT YOU TOLD HIM SOMETHING, AND I'M GOING TO TELL YOU WHAT HE SAID AND ASK YOU WHAT YOUR RESPONSE IS. HE SAID THAT ABOUT A COUPLE OF MONTHS AFTER DOCTOR HINES' ACCIDENT IN MARCH OF '06, THAT HE SAW YOU ON THE DOCK AT OLDE TOWNE AND THAT YOU TOLD HIM THAT THE BOAT WENT SIX FEET IN THE AIR.

MR. WEEKS: OBJECTION. I THINK YOU HAVE MISSTATED MISTER NELSON'S TESTIMONY.

MR. JOHNSTON: YOU'RE FREE TO STATE IT IF YOU LIKE, THAT'S WHAT HE SAID.

MR. WEEKS: I DON'T BELIEVE THAT'S A CORRECT QUOTE.

Q. LET ME ASK IT THIS WAY, DID YOU MAKE ANY STATEMENT TO TOMMY NELSON ABOUT HOW THIS ACCIDENT OCCURRED?

A. WE PROBABLY TALKED ABOUT IT, BUT I NEVER TOLD HIM THAT THE BOAT WAS AIRBORNE.

Q. IS THAT BECAUSE THE BOAT NEVER WAS AIRBORNE?

A. AS FAR AS THE WHOLE BOAT BEING IN THE AIR, NO, THE BOW OF THE BOAT WAS IN THE AIR, BUT THE BOAT IN ITS ENTIRETY WAS NEVER AIRBORNE. THE BOW MAY HAVE BEEN SIX FEET IN THE AIR, BUT THE BACK WAS NOT.

Q. OKAY. ARE YOU FRIENDS WITH JOHN HYDE?

A. I COULDN'T SAY THAT I AM. I SAW HIM A COUPLE OF TIMES THERE AND NEVER SAW HIM SINCE THE ACCIDENT.

Q. BUT NEVER OUT SOCIALLY WITH HIM?

A. NO.

Q. DO YOU KNOW IF DOCTOR HINES EVER STRUCK HIS HEAD IN THIS ACCIDENT?

A. I DON'T KNOW.

Q. DID HE EVER COMPLAIN TO YOU ABOUT SOME HEAD INJURY AT ALL?

A. NO.

Q. WHEN YOU GAVE THIS STATEMENT BACK EIGHT DAYS

AFTER THE ACCIDENT, WAS THE ACCIDENT PRETTY FRESH IN YOUR MIND?

A. YES.

MR. JOHNSTON: CAN WE TAKE JUST A TWO MINUTE BREAK AND GO OFF THE RECORD?

(A BRIEF RECESS WAS TAKEN)

Q. MISTER WAGONER, JUST TO CONFIRM THE POSITION OF THE PEOPLE ON THE BOAT AT THE TIME OF THE ACCIDENT, YOU SAID JOHN HYDE WAS OPERATING THE BOAT, AND THEN DOCTOR HINES WAS TO HIS LEFT?

A. YES.

Q. WOULD YOU HAVE BEEN BEHIND DOCTOR HINES?

A. I WAS BEHIND THE - JOHN, THE DRIVER.

Q. ON THE RIGHT?

A. UH-HUH.

Q. YOU HAVE TO SAY YES?

A. YES.

Q. YOU DIDN'T HAVE ANY - SO THERE WAS NO OBSTRUCTION TO YOUR VIEWING DOCTOR HINES, NOTHING IN BETWEEN YOU AND HIM, CORRECT?

A. RIGHT.

Q. AND NOTHING TO PREVENT YOU FROM SEEING HOW HE FELL?

A. YES. THERE WAS NOTHING TO OBSTRUCT THAT OTHER THAN I WASN'T LOOKING FOR HIM TO FALL.

Q. SO YOU DIDN'T SEE HIM FALL, HOW HE FELL, IF HE CAME UP OUT OF THE BOAT OR ANY OF THAT?

A. I MEAN, HE WASN'T FLYING THROUGH THE AIR, BUT HE JUST LOST HIS FOOTING AND FELL. I MEAN, I DIDN'T SEE ANYTHING NORMAL EXCEPT FOR HIM GOING DOWN, BUT I COULDN'T TELL YOU ANY DETAILS OF THAT.

MR. JOHNSTON: I DON'T HAVE ANY OTHER QUESTIONS, BUT WE'D JUST LIKE TO MARK THE AUDIO TAPE THAT WE PLAYED HERE THAT EVERYONE LISTENED TO AS EXHIBIT [26].

MR. WEEKS: I'VE MARKED SOME OTHER STUFF. SO IF YOU NEED TO, MARK THAT AS EXHIBIT [30].

MR. JOHNSTON: THAT WOULD BE MARKED AS EXHIBIT [30], THAT WOULD BE THE AUDIO TAPE OF MISTER WAGONER.

ON EXAMINATION CONDUCTED BY STEVENSON L. WEEKS, ESQUIRE:

Q. MISTER WAGONER, MY NAME IS STEVE WEEKS, I'M ONE OF THE ATTORNEYS REPRESENTING BEN HINES. YOU HAVE NOT SPOKEN WITH ME BEFORE TODAY, HAVE YOU?

A. NO.

Q. HAVE YOU EVER SEEN ME BEFORE?

A. MAYBE.

Q. DID YOU REVIEW ANYTHING TO PREPARE FOR YOUR DEPOSITION TODAY?

A. I DID SEE MY TRANSCRIPT.

Q. HOW DID YOU OBTAIN THAT?

A. THEY SENT IT TO ME - (INDICATING DEFENSE COUNSEL) - I DON'T KNOW THEIR NAMES.

Q. SO YOUR STATEMENT WAS PROVIDED TO YOU TO REVIEW, DID YOU REVIEW ANYTHING ELSE?

A. THE TAPE WAS SENT AS WELL, BUT THAT'S IT.

Q. HAVE YOU EVER GIVEN A DEPOSITION BEFORE TODAY?

A. NO.

Q. I'M JUST GOING TO BE ASKING YOU SOME QUESTIONS, I'M NOT GOING TO BE TRYING TO TRICK YOU, I'M JUST TRYING TO LEARN SOME INFORMATION. SO IN THAT REGARD, IF I ASK YOU A QUESTION THAT YOU DON'T UNDERSTAND, WILL YOU LET ME KNOW THAT YOU DO NOT UNDERSTAND THE QUESTION BEFORE YOU ATTEMPT TO ANSWER IT?

A. SURE.

Q. OKAY. NOW, IT'S MY UNDERSTANDING FROM YOUR TESTIMONY TODAY THAT YOU WERE BORN AND RAISED IN GREENSBORO?

A. YES.

Q. THAT'S WHERE CHRIS POPE'S FROM ORIGINALLY, ISN'T HE?

A. I DON'T KNOW.

Q. YOU DON'T KNOW, OKAY. NOW, YOU PURCHASED A CENTER CONSOLE TRITON, A BAY BOAT, FROM BOATS UNLIMITED IN FEBRUARY OF 2006, IS THAT CORRECT?

A. YES.

Q. BEFORE THAT DATE, YOU HAD BEEN FISHING WITH

CHRIS POPE A FEW TIMES, JUST TO SEE HOW THE BOAT OPERATED OR THE TRITON BOATS, CORRECT?

A. YES.

Q. AND YOU HAD GONE FISHING OVER AT CAPE LOOKOUT AT THE ROCK JETTY?

A. YES.

Q. WHERE DID YOU-ALL DEPART FROM ON THAT FISHING TRIP?

A. THE SAME DOCK THAT WE LEFT WITH BEN.

Q. THERE AT OLDE TOWNE?

A. OLDE TOWNE, UH-HUH.

Q. DID YOU GO OUT THE INLET ON THAT OCCASION?

A. YES.

Q. DO YOU KNOW HOW THE WEATHER WAS THAT DAY?

A. IT WAS NICE.

Q. A NICE DAY?

A. UH-HUH, YES.

Q. AND JUST WENT OUT THE INLET AND THEN HEADED SOUTHEAST OVER TO THE CAPE?

A. ABOUT FIFTEEN MILES AN HOUR.

Q. THE BAY BOAT THAT YOU HAVE IS BASICALLY DESIGNED FOR SHALLOW WATER, INSIDE FISHING, CORRECT?

A. YES, ALTHOUGH I'VE HAD IT AT BIG ROCK MULTIPLE TIMES.

Q. NOW, DO YOU NORMALLY CHECK THE WEATHER BEFORE

YOU GO OUT FISHING?

A. YES.

Q. WOULD YOU TAKE YOUR BOAT THROUGH BEAUFORT INLET WITH A SMALL CRAFT ADVISORY?

MR. JOHNSON: OBJECTION.

A. PROBABLY.

Q. YOU WOULD?

A. POTENTIALLY. I'VE DONE IT, I MEAN. DO YOU WANT ME TO ELABORATE?

Q. YES, IF YOU WANT TO, GO AHEAD?

A. ON A NORTH WIND, THERE COULD BE A SMALL CRAFT ADVISORY PAST TWENTY MILES OUT, BUT THE BEACHES WOULD BE PROTECTED.

Q. NOW, THE BEACHES WOULD BE PROTECTED FROM A NORTH WIND . . .

A. NOT THE INLET.

Q. BUT THE INLET WOULD NOT BE?

A. RIGHT.

Q. WHAT WOULD DETERMINE THE INLET WOULD BE THE WIND DIRECTION PREVIOUS TO THAT, CORRECT?

A. YES.

Q. I BELIEVE YOU SAID ON THIS DAY THAT THE SWELLS WERE COMING STRAIGHT IN THE INLET?

A. I DON'T REMEMBER IF IT WAS A NORTH OR SOUTH WIND, BUT THE WAVES WERE PARALLEL WITH THE BEACH OR

PERPENDICULAR WITH THE INLET.

Q. DO YOU RECALL WHAT THE STATE OF THE TIDE WAS?

A. IT WAS FALLING.

Q. FALLING?

A. YES.

Q. DO YOU RECALL WHETHER IT WAS JUST THE BEGINNING OF THE FALLING TIDE, THE MIDDLE OF THE FALLING TIDE, OR THE BOTTOM OF THE FALLING TIDE?

A. I DON'T REMEMBER EXACTLY, OTHER THAN THE WAVES SEEMED TO BE PRETTY SHORT, WHICH WOULD LEAD ME TO BELIEVE THAT IT WAS RIGHT IN THE MIDDLE OF A FALLING TIDE.

Q. DO YOU KNOW WHAT THE CURRENT VELOCITY WAS IN BEAUFORT INLET AT THAT TIME?

A. I HAVE NO IDEA.

Q. WOULD YOU ESTIMATE IT TO BE A KNOT OR MORE THAN A KNOT?

A. I REALLY WASN'T PAYING THAT CLOSE OF ATTENTION TO THAT.

Q. YOU KNOW IT WAS A WINDY DAY, YOU DIDN'T CHECK THE WEATHER FORECAST. WHEN YOU LEFT THE DOCK, DOCTOR HINES WAS OPERATING THE VESSEL?

A. YES.

Q. HE OPERATED IT FROM THE TIME YOU LEFT THE DOCK AT OLDE TOWNE, YOU LEFT THE DOCK AT OLDE TOWNE AND YOU WENT THROUGH BULKHEAD CHANNEL OUT TO THE MOREHEAD SHIPPING

CHANNEL, DID YOU NOT?

A. YES.

Q. WHEN YOU REACHED THE MOREHEAD SHIPPING CHANNEL, TURNED TO PORT, AND FOLLOWED THE MOREHEAD SHIPPING CHANNEL TOWARDS SHACKLEFORD BANKS?

A. YES.

Q. I BELIEVE YOU TESTIFIED THAT BEN OPERATED THE BOAT INLAND OF THE INLET OVER TO SHACKLEFORD?

A. YES.

Q. SO BASICALLY HE CONTINUED IN THE DIRECTION - PRETTY MUCH THE SAME AS THE DIRECTION HE HAD TAKEN FROM THE MOREHEAD SHIPPING CHANNEL, DIDN'T MAKE A RIGHT TURN OUT OF THE SHIPPING CHANNEL TO HEAD OUT OF THE INLET, AND PROCEEDED OVER TO SHACKLEFORD?

A. HE MADE SEVERAL TURNS, SHARP TURNS, IN AND AROUND THAT AREA, BUT NEVER OUT TOWARD THE INLET.

Q. AFTER DOCTOR HINES EXITED BULKHEAD CHANNEL, DID HE PUT THE BOAT UP ON A PLANE?

A. YES.

Q. SO YOU PLANED THROUGH THE MOREHEAD SHIPPING CHANNEL INSIDE OF THE INLET, I BELIEVE YOU INDICATED INLAND OF THE INLET?

A. YES.

MR. JOHNSTON: OBJECTION, LEADING.

Q. IS THAT CORRECT?

MR. WEEKS: I THINK I MAY LEAD SINCE HE'S YOUR WITNESS.

A. YES, WE WERE - YES.

Q. WHEN DOCTOR HINES WAS OPERATING THE VESSEL, YOU WERE PROBABLY HALF A MILE FROM THE INLET, FROM THE AREA WHERE THE ACCIDENT OCCURRED?

A. MAYBE CLOSER.

Q. YOU WENT OVER TO THE SHACKLEFORD AREA, AND HE OPERATED THE VESSEL FOR A PERIOD OF TIME?

A. YES.

Q. I BELIEVE YOU INDICATED THAT THE VESSEL DIDN'T RIDE VERY WELL?

A. YES, PARTLY SARCASTIC, YES.

Q. THAT WAS WHAT YOU TESTIFIED . . .

A. I SAID - YES, OBVIOUSLY.

Q. IT DIDN'T RIDE WELL BECAUSE THE BOW WANTED TO PORPOISE, DIDN'T IT, WHILE DOCTOR HINES WAS OPERATING IT?

A. YES.

Q. DO YOU RECALL DOCTOR HINES COMMENTING ABOUT HE WAS HAVING DIFFICULTY HANDLING THE BOAT TO TRY TO KEEP IT FROM PORPOISING, AND THAT'S WHY HE TURNED THE HELM OVER TO JOHN HYDE?

A. I DON'T RECALL.

Q. WHERE WERE YOU LOCATED IN THE BOAT WHEN YOU LEFT THE DOCK AT OLDE TOWNE?

A. AS I REMEMBER IT, I WAS STANDING ON THE OTHER SIDE. I WAS ON ONE SIDE OF THE CONSOLE UNTIL THE POINT WE WENT THROUGH THE - STARTED GOING THROUGH THE INLET WHERE I WENT TO THE BACK OF THE BOAT.

Q. THE POINT WHEN YOU'RE REFERRING TO STARTING GOING THROUGH THE INLET, THAT'S WHEN JOHN HYDE WAS OPERATING THE BOAT?

A. RIGHT.

Q. SO YOU WERE ON THE OPPOSITE SIDE OF THE CONSOLE WHILE DOCTOR HINES WAS OPERATING THE BOAT?

A. AS I REMEMBER IT.

Q. DOCTOR HINES WAS AT THE HELM, YOU WERE ON THE STARBOARD SIDE, AND JOHN HYDE WAS ON THE PORT SIDE, IS THAT WHAT YOU RECALL?

A. I CAN'T SAY IF I WAS ON THE RIGHT OR ON THE PORT OR STARBOARD, BUT I BELIEVE I WAS ON THE SIDE.

Q. DO YOU RECALL BEING FORWARD OF THE CONSOLE WHILE DOCTOR HINES WAS REPRESENTING THE BOAT?

A. YES.

Q. WERE YOU STANDING OR SEATED?

A. STANDING.

Q. ONCE JOHN HYDE TOOK OVER OPERATION OF THE BOAT, DID HE TELL YOU WHERE HE WAS GOING OR ANYTHING?

A. NO.

Q. HE JUST TOOK THE BOAT - LET ME BACK UP. WHEN HE

Case 4:09-cv-00003-BR Document 40-4 Filed 01/01/10 Page 25 of 34

TOOK OVER OPERATION OF THE BOAT, WAS THE BOAT UNDERWAY, WAS IT MAKING WAY?

A. IT WAS PROBABLY MAKING SOME WAY.

Q. IT WAS AT IDLE SPEED?

A. YES.

Q. THEN ONCE HE TOOK OVER THE BOAT, HE POWERED THE BOAT UP?

A. YES.

Q. YOU INDICATED YOU THOUGHT UNDER TWENTY MILES PER HOUR?

A. WE WERE GOING UNDER TWENTY MILES AN HOUR AT THE TIME OF THE ACCIDENT.

Q. NOW, COULD YOU SEE THE SPEEDOMETER ON THIS BOAT AT THE TIME OF THE ACCIDENT?

A. NO.

Q. IF DOCTOR HINES SAW THE SPEEDOMETER AND SAID THAT IT WAS RUNNING TWENTY-FIVE MILES PER HOUR WHEN JOHN HYDE MADE THE PORT TURN TO HEAD TOWARDS THE INLET, WOULD YOU DISAGREE WITH THAT?

MR. JOHNSTON: I WANT TO MAKE AN OBJECTION, BECAUSE HE DIDN'T SAY THAT, IT'S NOT HIS TESTIMONY.

Q. IF HIS TESTIMONY IS THAT IT WAS GOING TWENTY-FIVE MILES PER HOUR, WOULD YOU DISAGREE WITH THAT?

A. REPEAT THE QUESTION.

Q. IF DOCTOR HINES' TESTIMONY WAS, AS HE WAS

LOOKING AT THE SPEEDOMETER ON THE CONSOLE OF THE VESSEL WHILE JOHN HYDE WAS OPERATING THE BOAT AND IT WAS SOMEWHERE IN THE RANGE OF TWENTY-FIVE MILES AN HOUR, WOULD YOU DISAGREE WITH THAT?

A. ARE YOU SAYING AT THE TIME OF THE ACCIDENT OR JUST IN GENERAL?

Q. WHEN HE WAS OPERATING THE BOAT?

MR. JOHNSTON: OBJECTION.

A. AT ANYTIME DURING - WHEN HE WAS OPERATING THE BOAT?

Q. WHEN HE MADE THE LEFT TURN TO HEAD OUT THE INLET?

A. OKAY.

Q. WOULD YOU DISAGREE WITH THAT?

A. NOT NECESSARILY, NO. BUT IF YOU ARE ASKING ME IF THE BOAT WAS ON PLANE AT THE TIME OF THE ACCIDENT, I WOULD SAY NO.

Q. DID JOHN HYDE SLOW THE BOAT DOWN AFTER HE MADE THE LEFT TURN BEFORE THE ACCIDENT?

A. HE SLOWED DOWN, TURNING, AS HE WAS GOING OUT OF THE INLET.

Q. HOW LONG AFTER HE MADE THE PORT TURN WAS IT BEFORE THE INCIDENT HAPPENED?

A. I CAN'T SAY.

Q. YOU'VE INDICATED IN YOUR OPINION THE HEIGHT OF

THE WAVES WAS 2 TO 3 FEET?

A. YES.

Q. IF JOHN HYDE, IN HIS OPINION, SAID THE WAVES WERE 3 TO 4 FEET, WOULD YOU DISAGREE WITH THAT?

A. NO.

Q. IF DOCTOR HINES SAID, IN HIS OPINION, THE WAVES WERE 4 FEET PLUS, WOULD YOU DISAGREE WITH THAT?

A. I WOULD BE OKAY WITH 4, 5 MIGHT BE STRETCHING IT, TO ME.

Q. IF THE WAVES WERE 4 FEET AND YOU HAVE A FALLING TIDE WITH AN OUTGOING CURRENT, THAT TENDS TO STAND THE WAVES UP, DOESN'T IT?

MR. JOHNSTON: OBJECTION.

A. ABSOLUTELY.

Q. IF YOU HAVE THE WAVES COMING FROM THE SOUTH IN THE INLET AND YOU HAVE A WIND BLOWING OUT OF THE NORTH, THAT ALSO TENDS TO STAND THE WAVES UP, DOESN'T IT?

A. YES.

Q. AND IT MAKES THE WAVES MORE PEAKY, DOESN'T IT?

A. YES.

Q. WHEN YOU WERE GOING OUT OF THE INLET, AT WHAT POINT DID YOU MOVE FROM BESIDE THE CONSOLE TO BEHIND THE LEANING POST?

A. PROBABLY WHEN WE STARTED BOUNCING.

Q. I'M GOING TO SHOW YOU WHAT I'VE MARKED AS

PLAINTIFF'S EXHIBIT [28], THAT'S A PHOTOGRAPH OF THE VESSEL, I'M GOING TO ASK YOU TO LOOK AT THAT, PLEASE?

A. OKAY.

Q. DOES THAT PHOTOGRAPH SHOW THE VESSEL FROM THE STERN LOOKING FORWARD?

A. YES.

MR. JOHNSTON: MAY I SEE IT, PLEASE?

MR. WEEKS: YES, SIR.

MR. JOHNSTON: WERE THESE PREVIOUSLY PRODUCED?

MR. WEEKS: YES.

MR. JOHNSTON: I THOUGHT THEY WERE EARLIER EXHIBITS, THAT'S WHY.

MR. WEEKS: NO, THEY'RE DIFFERENT NUMBERS. THEY WERE EARLIER EXHIBITS.

Q. DOES THAT PHOTOGRAPH SHOW THE LEANING POST SEAT THAT YOU REFERRED TO?

A. YES.

Q. DOES IT SHOW THE CONSOLE?

A. YES.

Q. DOES IT SHOW THE POSITION OF THE OPERATOR?

A. YES.

Q. AND DOES IT SHOW THE T-TOP?

A. YES.

Q. I'M GOING TO ASK YOU, IF YOU WOULD, HOLD THAT UP TOWARD THE CAMERA, AND CAN YOU POINT OUT WHERE THE CONSOLE IS

LOCATED?

A. (INDICATING ON EXHIBIT.)

Q. AND THE GENTLEMAN STANDING THERE, IS HE IN THE POSITION OF THE OPERATOR?

A. YES.

Q. CAN YOU POINT OUT WHERE YOU WERE STANDING WHEN THE VESSEL STARTED GOING OUT OF THE INLET, BEFORE YOU MOVED TO THE STERN?

A. I THINK I WAS OVER HERE - (INDICATING.)

Q. AS THE VESSEL STARTED GOING OUT OF THE INLET AND STARTED BOUNCING, YOU MOVED FROM THERE BACK AFT?

A. RIGHT.

Q. WHY DID YOU MOVE FROM BESIDE THE CONSOLE BACK AFT?

A. BECAUSE WE WERE BOUNCING.

Q. A VESSEL, IF YOU'RE GOING INTO A HEAD SEA, RIDES MORE COMFORTABLE IN THE STERN THAN IT DOES FORWARD, DOESN'T IT?

A. YES.

Q. THE STERN DOESN'T TEND TO BOUNCE AS MUCH AS THE FORWARD PART OF THE VESSEL?

A. RIGHT.

Q. SO WHEN THE VESSEL STARTED BOUNCING, YOU MOVED AFT TO A POSITION OF SAFETY, DIDN'T YOU?

A. YES.

Q. WHEN YOU MOVED - I'M GOING TO SHOW YOU WHAT IS MARKED AS EXHIBIT [27], AND ASK YOU TO LOOK AT THAT.

A. (PAUSE - PERUSES EXHIBIT.)

Q. TURN IT A LITTLE MORE OBLIQUE.

A. OKAY.

Q. DOES THAT PHOTOGRAPH SHOW THE GENERAL POSITION THAT DOCTOR HINES WAS LOCATED IN AS THE VESSEL WAS GOING THROUGH THE INLET?

A. HE WAS STANDING THERE, AS I REMEMBER IT, I THOUGHT HE WAS FACING BACKWARDS.

Q. FACING TOWARDS THE CONSOLE?

A. YES, BUT . . .

Q. THE GENERAL AREA?

A. THAT'S THE AREA HE WAS STANDING.

Q. AND HE WAS HOLDING ON TO THE T-TOP, WASN'T HE?

A. YES.

Q. OR THE SUPPORTS?

A. YES.

Q. AND YOU WERE STANDING WHERE, CAN YOU POINT OUT WHERE YOU WERE STANDING?

A. I WAS STANDING RIGHT THERE - (INDICATING.)

MR. JOHNSTON: COULD YOU DO THAT AGAIN, I DIDN'T SEE?

A. I WAS STANDING RIGHT THERE - (INDICATING.)

Q. SO YOU WERE STANDING BEHIND THE OPERATOR?

A. RIGHT.

Q. AND THE OPERATOR'S BODY WOULD SOMEWHAT OBSTRUCT YOUR VIEW FORWARD, WOULDN'T IT?

A. YES.

Q. YOU COULD SEE BETTER OFF TO THE STARBOARD, YOU COULDN'T SEE VERY WELL STRAIGHT AHEAD, BECAUSE OF THE OPERATOR, YOU COULDN'T SEE VERY WELL TO THE PORT BECAUSE OF DOCTOR HINES . . .

MR. JOHNSTON: OBJECTION TO THE FORM.

Q. IS THAT CORRECT?

A. YES.

Q. I'M GOING TO SHOW YOU WHAT I'VE MARKED AS EXHIBIT [26], AND ASK YOU TO LOOK AT THAT.

A. (PAUSE - PERUSES EXHIBIT.)

Q. IS THAT A PHOTOGRAPH OF THE STERN AREA OF THIS VESSEL, SHOWING THE LEANING POST SEAT AND HOW CLOSE IT IS TO THE TRANSOM?

A. YES.

Q. CAN YOU POINT OUT, IN THAT PHOTOGRAPH, WHERE YOU WERE STANDING?

A. RIGHT THERE, BEHIND THAT - (INDICATING.)

Q. WERE YOU HOLDING ON TO ANYTHING?

A. THE HANDRAIL THAT YOU CAN'T SEE.

Q. CAN YOU SHOW US THE HANDRAIL?

A. THAT HANDRAIL - (INDICATING.)

Q. NOW, I BELIEVE YOU TESTIFIED EARLIER THAT WITH EVERY WAVE YOU HIT, THE BOW WAS RAISING UP AND WAS HITTING HARD?

A. YES.

Q. WAS THE BOW HITTING HARD WHEN YOU WERE STRIKING THE WAVE OR WAS IT HITTING HARD WHEN YOU WERE COMING OFF THE BACKSIDE OF THE WAVE?

A. WHEN WE WERE LANDING. WE WEREN'T COMING OFF THE BACK, IT WAS THE BOW WOULD STILL BE - I MEAN, THE STERN WOULD STILL BE ON THE WAVE, IT WAS THE BOW THAT WAS BOUNCING IN THE TROUGH OF THE WAVE.

Q. SO AS YOU WERE GOING UP THE FACE OF THE WAVE AT APPROXIMATELY TWENTY MILES AN HOUR . . .

MR. JOHNSTON: OBJECTION.

A. I WOULD SAY UNDER TWENTY MILES AN HOUR.

Q. . . . THE BOW - AS THE STERN WAS STILL UP NEAR THE PEAK OF THE WAVE, THE BOW WOULD DROP FORCEFULLY INTO THE TROUGH, IS THAT CORRECT?

MR. JOHNSTON: OBJECTION TO FORM.

A. IT WOULD BOUNCE INTO EITHER THE FACE OF THE NEXT WAVE OR DOWN THE TROUGH.

Q. AND YOU HIT SEVERAL WAVES LIKE THAT BEFORE DOCTOR HINES WAS THROWN DOWN, CORRECT?

MR. JOHNSTON: OBJECTION TO THE FORM.

A. YES.

Q. JOHN HYDE, WHEN YOU STARTED STRIKING THOSE WAVES, DIDN'T SLOW THE BOAT, DID HE?

MR. JOHNSTON: OBJECTION TO THE FORM.

A. HE WAS ALREADY GOING SLOW.

Q. HOW SLOW WAS HE GOING?

A. HE WASN'T ON PLANE.

Q. HE WASN'T ON PLANE?

A. NOT ON PLANE.

Q. BUT SOMEWHERE AROUND TWENTY MILES AN HOUR?

MR. JOHNSTON: OBJECTION TO THE FORM.

A. UNDER TWENTY MILES AN HOUR.

Q. UNDER TWENTY, WAS HE OVER FIFTEEN OR DO YOU KNOW?

A. IN MY OPINION, I THINK HE WAS PROBABLY GOING ABOUT FIFTEEN, BUT I COULDN'T SAY.

Q. YOU COULDN'T SEE THE SPEEDOMETER?

A. IF WE WOULD HAVE BEEN ON PLANE - I FEEL LIKE IF WE WERE GOING TWENTY OR OVER, WE WOULD HAVE BEEN SKIPPING ALONG THE TOP OF THE WAVES, AND WE WERE HITTING - WE CAUGHT EVERY PART OF EVERY WAVE.

Q. NOW, ON THE WAVE THAT DOCTOR HINES WAS THROWN DOWN ON, THE BOW OF THE BOAT WENT HIGHER ON THAT WAVE THAN THE PREVIOUS WAVES, DIDN'T IT?

MR. JOHNSTON: OBJECTION TO THE FORM.

A. POTENTIALLY.