IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
In Admiralty
CIVIL ACTION NO. 4:09-CV-3-BR

| | |
|---|---|
| BENJAMIN G. HINES, JR., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| TRIAD MARINE CENTER, INC. ) | |
| dba BOATS UNLIMITED NC and ) | |
| JOHN BANISTER HYDE, ) | |
|     Defendants ) | |

This cause was heard by undersigned Judge on Motion of Defendants for Summary Judgment. It appears to the Court that there are genuine issues as to material facts and that the Defendants' motion should be DENIED.

IT IS THEREFORE ORDERED, that the Defendants' Motion for Summary Judgment is hereby DENIED.

This the ___ day of _____, 2010.

_____
W. Earl Britt
Senior U.S. District Judge