## U. S. DEPARTMENT OF COMMERCE
Asheville, N.C.

I CERTIFY that the attached are authentic and true copies of meteorological records on file in the NATIONAL CLIMATIC DATA CENTER, ASHEVILLE, NORTH CAROLINA.

_____
HENRY J. RAY
RECORDS CUSTODIAN
DATA ADMINISTRATOR
(Official Title)

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

I HEREBY CERTIFY that HENRY J. RAY RECORDS CUSTODIAN, who signed the foregoing certificate, is now, and was at the time of signing, DATA ADMINISTRATOR, NATIONAL CLIMATIC DATA CENTER, and that full faith and credit should be given his certificate as such. I further state that I am the person to whom the said custodian reports.

IN WITNESS WHEREOF, I have hereunto subscribed my name and caused the seal of the Department of Commerce to be affixed
on this date: NOV 1 7 2009

For the SECRETARY OF COMMERCE:

_____
THOMAS R. KARL
DIRECTOR
NATIONAL CLIMATIC DATA CENTER
(Certifying Officer)

```
                      NWS SRRS PRODUCTS FOR:
                      2006032100 to 2006032206


  FZUS52 KMHX 210002
  CWFMHX
  COASTAL MARINE FORECAST
  NATIONAL WEATHER SERVICE NEWPORT/MOREHEAD CITY NC
  702 PM EST MON MAR 20 2006
  FROM S OF CURRITUCK BEACH LIGHT TO N OF SURF CITY NC OUT 20 NM...
  INCLUDING THE ALBEMARLE AND PAMLICO SOUNDS AND THE MONITOR NATIONAL
  MARINE SANCTUARY
  AMZ100-211200-
  702 PM EST MON MAR 20 2006
  .SYNOPSIS FOR EASTERN NORTH CAROLINA COASTAL WATERS...
  LOW PRES WILL DEVELOP OFF THE CAROLINA COAST TONIGHT. THE LOW WILL
  MOVE NE TUE AND DRAG A COLD FRONT ACROSS THE WATERS TUE NIGHT. HIGH
  PRES WILL BUILD INTO THE WATERS WED THROUGH FRI.
  $$
  AMZ130-211200-
  /O.CON.KMHX.SC.Y.0026.060321T1800Z-060322T2200Z/
  ALBEMARLE SOUND-
  702 PM EST MON MAR 20 2006
  ...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM TUESDAY AFTERNOON
  THROUGH WEDNESDAY AFTERNOON...
  .OVERNIGHT...VARIABLE WINDS 5 TO 10 KT BECOMING N LATE. WAVES 1 FT. RAIN.
  .TUE...E WINDS 15 TO 20 KT BECOMING NE 20 TO 25 KT IN THE
  AFTERNOON. WAVES 2 TO 3 FT. RAIN.
  .TUE NIGHT...NW WINDS 15 TO 20 KT. WAVES 2 TO 3 FT. A CHANCE OF RAIN
  IN THE EVENING...THEN A CHANCE OF RAIN OR SNOW SHOWERS AFTER
  MIDNIGHT.
  .WED...NW WINDS 20 TO 25 KT. WAVES 2 TO 3 FT.
  .WED NIGHT...NW WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
  .THU...NW WINDS 10 TO 15 KT BECOMING N 5 TO 10 KT IN THE AFTERNOON.
  WAVES 1 FT.
  .THU NIGHT...N WINDS 5 TO 10 KT. WAVES 1 FT.
  .FRI...N WINDS 10 TO 15 KT. WAVES 1 FT. A CHANCE OF RAIN.
  .SAT...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT. WAVES 1 FT.
  $$
  AMZ135-211200-
  /O.EXT.KMHX.SC.Y.0026.060321T1500Z-060322T2200Z/
  PAMLICO SOUND-
  702 PM EST MON MAR 20 2006
  ...SMALL CRAFT ADVISORY NOW IN EFFECT FROM TUESDAY MORNING THROUGH
  WEDNESDAY AFTERNOON...
  .OVERNIGHT...VARIABLE WINDS 5 TO 10 KT BECOMING N AFTER MIDNIGHT...THEN
  BECOMING NE 10 TO 15 KT LATE. WAVES 1 FT. RAIN.
  .TUE...E WINDS INCREASING TO 20 TO 25 KT THEN BECOMING NW IN THE
  AFTERNOON. WAVES 2 TO 3 FT. RAIN.
  .TUE NIGHT...NW WINDS 20 TO 25 KT. WAVES 2 TO 3 FT. A CHANCE OF RAIN
  IN THE EVENING...THEN A CHANCE OF RAIN OR SNOW SHOWERS AFTER
  MIDNIGHT.
  .WED...N WINDS 20 TO 25 KT. WAVES 2 TO 3 FT.
  .WED NIGHT...NW WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT AFTER
  MIDNIGHT. WAVES 1 TO 2 FT.
  .THU...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT IN THE
```

```
AFTERNOON. WAVES 1 FT.
.THU NIGHT...NE WINDS 5 TO 10 KT. WAVES 1 FT.
.FRI...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT. A CHANCE OF RAIN.
.SAT...N WINDS 10 TO 15 KT. WAVES 1 FT. A CHANCE OF RAIN.
$$
AMZ150-211200-
/O.CON.KMHX.SC.Y.0026.060321T1500Z-060323T0000Z/
S OF CURRITUCK BEACH LIGHT TO OREGON INLET NC OUT 20 NM-
702 PM EST MON MAR 20 2006

...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM TUESDAY MORNING
THROUGH WEDNESDAY EVENING...

.OVERNIGHT...NW WINDS 5 TO 10 KT BECOMING N LATE. SEAS AROUND 3 FT.
RAIN.
.TUE...NE WINDS INCREASING TO 20 TO 25 KT. SEAS 4 FT BUILDING TO
6 FT IN THE AFTERNOON. RAIN.
.TUE NIGHT...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT. A CHANCE OF RAIN
IN THE EVENING...THEN A CHANCE OF RAIN OR SNOW SHOWERS AFTER
MIDNIGHT.
.WED...NW WINDS 20 TO 25 KT. SEAS 4 TO 7 FT.
.WED NIGHT...NW WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT BECOMING 4 TO 5 FT.
.THU...NW WINDS 15 TO 20 KT BECOMING N 10 TO 15 KT IN THE AFTERNOON.
SEAS 4 TO 5 FT SUBSIDING TO 3 TO 5 FT IN THE AFTERNOON.
.THU NIGHT...N WINDS 10 KT. SEAS 3 TO 4 FT.
.FRI...N WINDS 10 TO 15 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SAT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
$$
AMZ152-154-211200-
/O.CON.KMHX.SC.Y.0026.060321T1200Z-060323T1000Z/
S OF OREGON INLET TO CAPE HATTERAS NC OUT 20 NM-
S OF CAPE HATTERAS TO OCRACOKE INLET NC OUT 20 NM
INCLUDING THE MONITOR NATIONAL MARINE SANCTUARY-
702 PM EST MON MAR 20 2006

...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM TUESDAY MORNING
THROUGH LATE WEDNESDAY NIGHT...

.OVERNIGHT...VARIABLE WIND 10 KT BECOMING NE 10 TO 15 KT. SEAS 3
TO 4 FT. RAIN.
.TUE...E WINDS INCREASING TO 20 TO 25 KT BECOMING SW IN THE
AFTERNOON. SEAS 5 TO 8 FT. RAIN.
.TUE NIGHT...NW WINDS 20 TO 25 KT. SEAS 6 TO 8 FT. A CHANCE OF RAIN
IN THE EVENING...THEN A CHANCE OF SHOWERS AFTER MIDNIGHT.
.WED...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT.
.WED NIGHT...N WINDS 20 TO 25 KT BECOMING NW 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT IN THE
AFTERNOON. SEAS 4 TO 5 FT.
.THU NIGHT...N WINDS 10 KT. SEAS 2 TO 4 FT.
.FRI...N WINDS 15 TO 20 KT. SEAS 4 TO 5 FT. A CHANCE OF RAIN.
.SAT...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT. A CHANCE OF RAIN.
$$
AMZ156-211200-
/O.CON.KMHX.SC.Y.0026.060321T1200Z-060323T0000Z/
S OF OCRACOKE INLET TO CAPE LOOKOUT NC OUT 20 NM-
702 PM EST MON MAR 20 2006

...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM TUESDAY MORNING
THROUGH WEDNESDAY EVENING...

.OVERNIGHT...WINDS BECOMING NE 10 TO 15 KT AFTER MIDNIGHT THEN
```

```
INCREASING TO 15 TO 20 KT LATE. SEAS 2 TO 4 FT. RAIN.
.TUE...SE WINDS INCREASING TO 20 TO 25 KT BECOMING SW IN THE
AFTERNOON. SEAS 5 TO 8 FT. RAIN.
.TUE NIGHT...NW WINDS 20 TO 25 KT. SEAS 4 TO 7 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
.WED NIGHT...N WINDS 15 TO 20 KT. SEAS AROUND 3 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS 2 TO 3 FT.
.THU NIGHT...NE WINDS 5 TO 10 KT INCREASING TO 10 TO 15 KT AFTER
MIDNIGHT. SEAS 2 TO 3 FT.
.FRI...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SAT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
$$
AMZ158-211200-
/O.EXT.KMHX.SC.Y.0026.060321T1000Z-060322T2200Z/
S OF CAPE LOOKOUT TO N OF SURF CITY NC OUT 20 NM-
702 PM EST MON MAR 20 2006
...SMALL CRAFT ADVISORY NOW IN EFFECT FROM 5 AM EST TUESDAY THROUGH
WEDNESDAY AFTERNOON...
.OVERNIGHT...VARIABLE WINDS 5 TO 10 KT BECOMING NE 15 TO 20 KT AFTER
MIDNIGHT. SEAS 2 TO 3 FT BUILDING TO 4 TO 6 FT LATE. RAIN.
.TUE...SE WINDS 15 TO 20 KT BECOMING W 20 TO 25 KT IN THE AFTERNOON.
SEAS 5 TO 8 FT. RAIN IN THE MORNING...THEN A CHANCE OF RAIN IN
THE AFTERNOON.
.TUE NIGHT...NW WINDS 15 TO 20 KT. SEAS 4 TO 7 FT SUBSIDING TO 4 TO
5 FT AFTER MIDNIGHT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
.WED NIGHT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT.
.THU...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS 2 TO 4 FT.
.THU NIGHT...NE WINDS 5 KT INCREASING TO 10 TO 15 KT AFTER MIDNIGHT.
SEAS AROUND 2 FT.
.FRI...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SAT...N WINDS 10 TO 15 KT. SEAS 3 TO 5 FT SUBSIDING TO 2 FT.
$$

FZUS52 KMHX 210921
SRFMHX
SURF ZONE FORECAST
NATIONAL WEATHER SERVICE NEWPORT/MOREHEAD CITY NC
419 AM EST TUE MAR 21 2006
NCZ103-104-211700-
OUTER BANKS DARE-OUTER BANKS HYDE-
INCLUDING THE BEACHES OF...DUCK...KITTY HAWK...KILL DEVIL HILLS...
NAGS HEAD...RODANTHE...AVON...CAPE HATTERAS...OCRACOKE
419 AM EST TUE MAR 21 2006
AREA WATER TEMPERATURES. DUCK PIER HAD 48 DEGREES, AVALON PIER
REPORTED 48, AND OREGON INLET HAD 50.
TIDES FOR CAPE HATTERAS:
LOW TIDE 534 AM.
HIGH TIDE 1114 AM.
LOW TIDE 510 PM.
HIGH TIDE 1156 PM.
$$
NCZ095-098-211700-
CARTERET-ONSLOW-
INCLUDING THE BEACHES OF...CAPE LOOKOUT NATIONAL SEASHORE...
```

```
SHACKLEFORD BANKS...ATLANTIC BEACH...PINE KNOLL SHORES...EMERALD
ISLE...HAMMOCKS BEACH...NORTH TOPSAIL BEACH
419 AM EST TUE MAR 21 2006
AREA WATER TEMPERATURES. BEAUFORT HAD 56 DEGREES, AND HAMMOCKS BEACH
REPORTED 55.
TIDES FOR ATLANTIC BEACH:
LOW TIDE 522 AM.
HIGH TIDE 1058 AM.
LOW TIDE 458 PM.
HIGH TIDE 1140 PM.
$$
11


FZUS52 KMHX 210922
CWFMHX
COASTAL MARINE FORECAST
NATIONAL WEATHER SERVICE NEWPORT/MOREHEAD CITY NC
350 AM EST TUE MAR 21 2006
FROM S OF CURRITUCK BEACH LIGHT TO N OF SURF CITY NC OUT 20 NM...
INCLUDING THE ALBEMARLE AND PAMLICO SOUNDS AND THE MONITOR NATIONAL
MARINE SANCTUARY
AMZ100-211600-
350 AM EST TUE MAR 21 2006
.SYNOPSIS FOR EASTERN NORTH CAROLINA COASTAL WATERS...
LOW PRES OFF THE SOUTH CAROLINA COAST WILL MOVE NE AND DRAG A COLD
FRONT ACROSS THE WATERS BY TONIGHT. HIGH PRES WILL BUILD INTO THE
WATERS WED THROUGH FRI.
$$
AMZ130-211600-
/O.CON.KMHX.SC.Y.0026.060321T1800Z-060322T2200Z/
ALBEMARLE SOUND-
350 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM 1 PM EST THIS
AFTERNOON THROUGH WEDNESDAY AFTERNOON...
.TODAY...NE WINDS 10 KT INCREASING TO 20 TO 25 KT. WAVES 1 TO 2
FT...BUILDING TO 2 TO 3 FT. OCCASIONAL RAIN.
.TONIGHT...N WINDS 15 TO 20 KT WITH GUSTS TO 25 KT. WAVES 2 TO 3 FT.
A CHANCE OF RAIN.
.WED...NW WINDS 15 TO 20 KT WITH GUSTS TO 25 KT. WAVES AROUND 2 FT.
.WED NIGHT...NW WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
.THU...NW WINDS 10 TO 15 KT BECOMING N 5 TO 10 KT IN THE AFTERNOON.
WAVES 1 TO 2 FT.
.THU NIGHT...N WINDS 5 TO 10 KT. WAVES 1 FT.
.FRI AND SAT...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT. A CHANCE OF
RAIN.
$$
AMZ135-211600-
/O.CON.KMHX.SC.Y.0026.060321T1500Z-060322T2200Z/
PAMLICO SOUND-
350 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM 10 AM EST THIS
MORNING THROUGH WEDNESDAY AFTERNOON...
.TODAY...E WINDS 10 TO 15 KT BECOMING NE 20 TO 25 KT. WAVES 1 TO 2
FT...BUILDING TO 2 TO 3 FT. OCCASIONAL RAIN.
.TONIGHT...N WINDS 15 TO 20 KT BECOMING NW 20 TO 25 KT AFTER
MIDNIGHT. WAVES 2 TO 3 FT. A CHANCE OF RAIN.
.WED...N WINDS 15 TO 20 KT. WAVES 2 TO 3 FT.
```

```
.WED NIGHT...NW WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT AFTER
MIDNIGHT. WAVES 2 TO 3 FT...SUBSIDING TO 1 TO 2 FT.
.THU...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. WAVES 1 TO 2 FT.
.THU NIGHT...NE WINDS 5 TO 10 KT. WAVES 1 FT.
.FRI AND SAT...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT. A CHANCE OF
RAIN.
$$
AMZ150-211600-
/O.CON.KMHX.SC.Y.0026.060321T1500Z-060323T0000Z/
S OF CURRITUCK BEACH LIGHT TO OREGON INLET NC OUT 20 NM-
350 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM 10 AM EST THIS
MORNING THROUGH WEDNESDAY EVENING...
.TODAY...NE WINDS 10 TO 15 KT INCREASING TO 20 TO 25 KT. SEAS AROUND
2 FT BUILDING TO 3 TO 5 FT THIS AFTERNOON. OCCASIONAL RAIN.
.TONIGHT...N WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT AFTER
MIDNIGHT. SEAS 5 TO 7 FT. A CHANCE OF RAIN.
.WED...NW WINDS 20 TO 25 KT. SEAS 4 TO 7 FT.
.WED NIGHT...NW WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT.
.THU...NW WINDS 15 TO 20 KT BECOMING N 10 TO 15 KT IN THE AFTERNOON.
SEAS AROUND 6 FT SUBSIDING TO 3 TO 5 FT IN THE AFTERNOON.
.THU NIGHT...N WINDS 10 KT. SEAS 3 TO 4 FT.
.FRI...N WINDS 10 TO 15 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SAT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
$$
AMZ152-154-211600-
/O.CON.KMHX.SC.Y.0026.060321T1200Z-060323T1000Z/
S OF OREGON INLET TO CAPE HATTERAS NC OUT 20 NM-
S OF CAPE HATTERAS TO OCRACOKE INLET NC OUT 20 NM
INCLUDING THE MONITOR NATIONAL MARINE SANCTUARY-
350 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM 7 AM EST THIS MORNING
THROUGH LATE WEDNESDAY NIGHT...
.TODAY...E WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT. SEAS 2 TO
4 FT BUILDING TO 4 TO 6 FT THIS AFTERNOON. OCCASIONAL RAIN.
.TONIGHT...N WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT AFTER
MIDNIGHT. SEAS 6 TO 9 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT.
.WED NIGHT...N WINDS 20 TO 25 KT BECOMING NW 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT IN THE
AFTERNOON. SEAS 4 TO 6 FT.
.THU NIGHT...N WINDS 10 KT. SEAS 2 TO 4 FT.
.FRI AND SAT...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT. A CHANCE OF
RAIN.
$$
AMZ156-211600-
/O.CON.KMHX.SC.Y.0026.060321T1200Z-060323T0000Z/
S OF OCRACOKE INLET TO CAPE LOOKOUT NC OUT 20 NM-
350 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT FROM 7 AM EST THIS MORNING
THROUGH WEDNESDAY EVENING...
.TODAY...E WINDS 20 TO 25 KT BECOMING NE 15 KT. SEAS 4 TO 6 FT.
OCCASIONAL RAIN.
.TONIGHT...N WINDS 15 TO 20 KT BECOMING NW 20 TO 25 KT AFTER
```

```
MIDNIGHT. SEAS 4 TO 7 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
.WED NIGHT...N WINDS 15 TO 20 KT. SEAS AROUND 3 TO 4 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS 2 TO 3 FT.
.THU NIGHT...NE WINDS 5 TO 10 KT INCREASING TO 10 TO 15 KT AFTER
MIDNIGHT. SEAS 2 TO 3 FT.
.FRI AND SAT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF
RAIN.
$$
AMZ158-211600-
/O.CON.KMHX.SC.Y.0026.060321T1000Z-060322T2200Z/
S OF CAPE LOOKOUT TO N OF SURF CITY NC OUT 20 NM-
350 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
AFTERNOON...
.TODAY...E WINDS 20 TO 25 KT BECOMING NW 15 TO 20 KT WITH GUSTS TO
25 KT THIS AFTERNOON. SEAS 3 TO 5 FT. OCCASIONAL RAIN.
.TONIGHT...NW WINDS 10 TO 15 KT BECOMING N 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT. A SLIGHT CHANCE OF RAIN.
.WED...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT.
.WED NIGHT...N WINDS 15 TO 20 KT. SEAS 2 TO 4 FT.
.THU...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS 2 TO 4 FT.
.THU NIGHT...NE WINDS 5 KT INCREASING TO 10 TO 15 KT AFTER MIDNIGHT.
SEAS AROUND 2 FT.
.FRI...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SAT...N WINDS 10 TO 15 KT. SEAS 3 TO 5 FT SUBSIDING TO 2 TO 3 FT.
$$
11


FZUS52 KMHX 211430
CWFMHX
COASTAL MARINE FORECAST
NATIONAL WEATHER SERVICE NEWPORT/MOREHEAD CITY NC
930 AM EST TUE MAR 21 2006
FROM S OF CURRITUCK BEACH LIGHT TO N OF SURF CITY NC OUT 20 NM...
INCLUDING THE ALBEMARLE AND PAMLICO SOUNDS AND THE MONITOR NATIONAL
MARINE SANCTUARY
AMZ100-220145-
930 AM EST TUE MAR 21 2006
.SYNOPSIS FOR EASTERN NORTH CAROLINA COASTAL WATERS...
LOW PRES OFF THE CAROLINA COAST WILL MOVE NE AND DRAG A COLD
FRONT ACROSS THE WATERS BY TONIGHT. HIGH PRES WILL BUILD INTO THE
WATERS WED THROUGH FRI.
$$
AMZ130-220145-
/O.EXT.KMHX.SC.Y.0026.060321T1800Z-060322T1800Z/
ALBEMARLE SOUND-
930 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY NOW IN EFFECT FROM 1 PM EST THIS AFTERNOON
THROUGH WEDNESDAY AFTERNOON...
.THIS AFTERNOON...NE WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT.
WAVES 2 TO 3 FT. OCCASIONAL LIGHT RAIN.
.TONIGHT...N WINDS 15 TO 20 KT WITH GUSTS TO 25 KT. WAVES 2 TO 3 FT.
A CHANCE OF RAIN.
.WED...NW WINDS 15 TO 20 KT WITH GUSTS TO 25 KT. WAVES AROUND 2 FT.
```

```
.WED NIGHT...NW WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
.THU...NW WINDS 10 TO 15 KT BECOMING N 5 TO 10 KT IN THE AFTERNOON.
WAVES 1 TO 2 FT.
.THU NIGHT...N WINDS 5 TO 10 KT. WAVES 1 FT.
.FRI AND SAT...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT. A CHANCE OF
RAIN.
$$
AMZ135-220145-
/O.EXT.KMHX.SC.Y.0026.060321T1500Z-060322T1800Z/
PAMLICO SOUND-
930 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY NOW IN EFFECT THROUGH WEDNESDAY AFTERNOON...
.THIS AFTERNOON...NE WINDS 20 TO 25 KT. WAVES 2 TO 3 FT. OCCASIONAL
LIGHT RAIN.
.TONIGHT...N WINDS 15 TO 20 KT BECOMING NW 20 TO 25 KT AFTER
MIDNIGHT. WAVES 2 TO 3 FT. A CHANCE OF RAIN.
.WED...N WINDS 15 TO 20 KT. WAVES 2 TO 3 FT.
.WED NIGHT...NW WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT AFTER
MIDNIGHT. WAVES 2 TO 3 FT...SUBSIDING TO 1 TO 2 FT.
.THU...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. WAVES 1 TO 2 FT.
.THU NIGHT...NE WINDS 5 TO 10 KT. WAVES 1 FT.
.FRI AND SAT...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT. A CHANCE OF
RAIN.
$$
AMZ150-220145-
/O.CON.KMHX.SC.Y.0026.060321T1500Z-060323T0000Z/
S OF CURRITUCK BEACH LIGHT TO OREGON INLET NC OUT 20 NM-
930 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
EVENING...
.THIS AFTERNOON...NE WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT.
SEAS 2 TO 3 FT BUILDING TO 5 TO 6 FT. OCCASIONAL LIGHT RAIN.
.TONIGHT...N WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT AFTER
MIDNIGHT. SEAS 5 TO 7 FT. A CHANCE OF RAIN.
.WED...NW WINDS 20 TO 25 KT. SEAS 4 TO 7 FT.
.WED NIGHT...NW WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT.
.THU...NW WINDS 15 TO 20 KT BECOMING N 10 TO 15 KT IN THE AFTERNOON.
SEAS AROUND 6 FT SUBSIDING TO 3 TO 5 FT IN THE AFTERNOON.
.THU NIGHT...N WINDS 10 KT. SEAS 3 TO 4 FT.
.FRI...N WINDS 10 TO 15 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SAT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
$$
AMZ152-154-220145-
/O.EXT.KMHX.SC.Y.0026.000000T0000Z-060323T1200Z/
S OF OREGON INLET TO CAPE HATTERAS NC OUT 20 NM-
S OF CAPE HATTERAS TO OCRACOKE INLET NC OUT 20 NM
INCLUDING THE MONITOR NATIONAL MARINE SANCTUARY-
930 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY NOW IN EFFECT THROUGH THURSDAY MORNING...
.THIS AFTERNOON...NE WINDS 20 TO 25 KT. SEAS 3 TO 5 FT BUILDING TO
5 TO 7 FT. OCCASIONAL LIGHT RAIN.
.TONIGHT...N WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT AFTER
MIDNIGHT. SEAS 6 TO 9 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT.
.WED NIGHT...N WINDS 20 TO 25 KT BECOMING NW 15 TO 20 KT AFTER
```

```
MIDNIGHT. SEAS 4 TO 6 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT IN THE
AFTERNOON. SEAS 4 TO 6 FT.
.THU NIGHT...N WINDS 10 KT. SEAS 2 TO 4 FT.
.FRI AND SAT...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT. A CHANCE OF
RAIN.
$$
AMZ156-220145-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060323T0000Z/
S OF OCRACOKE INLET TO CAPE LOOKOUT NC OUT 20 NM-
930 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
EVENING...
.THIS AFTERNOON...NE WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
OCCASIONAL LIGHT RAIN.
.TONIGHT...N WINDS 15 TO 20 KT BECOMING NW 20 TO 25 KT AFTER
MIDNIGHT. SEAS 4 TO 7 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
.WED NIGHT...N WINDS 15 TO 20 KT. SEAS AROUND 3 TO 4 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS 2 TO 3 FT.
.THU NIGHT...NE WINDS 5 TO 10 KT INCREASING TO 10 TO 15 KT AFTER
MIDNIGHT. SEAS 2 TO 3 FT.
.FRI AND SAT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF
RAIN.
$$
AMZ158-220145-
/O.EXT.KMHX.SC.Y.0026.000000T0000Z-060322T1800Z/
S OF CAPE LOOKOUT TO N OF SURF CITY NC OUT 20 NM-
930 AM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY NOW IN EFFECT THROUGH WEDNESDAY AFTERNOON...
.THIS AFTERNOON...NE WINDS 20 TO 25 KT BECOMING NW 15 TO 20 KT LATE.
SEAS 4 TO 6 FT. OCCASIONAL LIGHT RAIN.
.TONIGHT...NW WINDS 10 TO 15 KT BECOMING N 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT. A SLIGHT CHANCE OF RAIN.
.WED...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT.
.WED NIGHT...N WINDS 15 TO 20 KT. SEAS 2 TO 4 FT.
.THU...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS 2 TO 4 FT.
.THU NIGHT...NE WINDS 5 KT INCREASING TO 10 TO 15 KT AFTER MIDNIGHT.
SEAS AROUND 2 FT.
.FRI...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SAT...N WINDS 10 TO 15 KT. SEAS 3 TO 5 FT SUBSIDING TO 2 TO 3 FT.
$$

FZUS52 KMHX 211436
SRFMHX
SURF ZONE FORECAST
NATIONAL WEATHER SERVICE NEWPORT/MOREHEAD CITY NC
932 AM EST TUE MAR 21 2006
NCZ103-104-212200-
OUTER BANKS DARE-OUTER BANKS HYDE-
INCLUDING THE BEACHES OF...DUCK...KITTY HAWK...KILL DEVIL HILLS...
NAGS HEAD...RODANTHE...AVON...CAPE HATTERAS...OCRACOKE
932 AM EST TUE MAR 21 2006
AREA WATER TEMPERATURES. DUCK PIER HAD 47 DEGREES, AND OREGON INLET
HAD 51.
```

```
TIDES FOR CAPE HATTERAS:
HIGH TIDE 1114 AM.
LOW  TIDE  510 PM.
HIGH TIDE 1156 PM.
LOW  TIDE  636 AM WEDNESDAY.
HIGH TIDE 1214 PM WEDNESDAY.
$$
NCZ095-098-212200-
CARTERET-ONSLOW-
INCLUDING THE BEACHES OF...CAPE LOOKOUT NATIONAL SEASHORE...
SHACKLEFORD BANKS...ATLANTIC BEACH...PINE KNOLL SHORES...EMERALD
ISLE...HAMMOCKS BEACH...NORTH TOPSAIL BEACH
932 AM EST TUE MAR 21 2006
AREA WATER TEMPERATURES. BEAUFORT HAD 55 DEGREES.
TIDES FOR ATLANTIC BEACH:
HIGH TIDE 1058 AM.
LOW  TIDE  458 PM.
HIGH TIDE 1140 PM.
LOW  TIDE  624 AM WEDNESDAY.
HIGH TIDE 1158 AM WEDNESDAY.
$$

FZUS52 KMHX 212029
CWFMHX
COASTAL MARINE FORECAST
NATIONAL WEATHER SERVICE NEWPORT/MOREHEAD CITY NC
323 PM EST TUE MAR 21 2006
FROM S OF CURRITUCK BEACH LIGHT TO N OF SURF CITY NC OUT 20 NM...
INCLUDING THE ALBEMARLE AND PAMLICO SOUNDS AND THE MONITOR NATIONAL
MARINE SANCTUARY
AMZ100-220830-
323 PM EST TUE MAR 21 2006
.SYNOPSIS FOR EASTERN NORTH CAROLINA COASTAL WATERS...
AN AREA OF LOW PRES OFF THE COAST WILL MOVE NE TONIGHT AND DRAG A
COLD FRONT THROUGH THE AREA. HIGH PRES WILL BUILD INTO THE WATERS
WED AND LINGER OVER THE AREA THROUGH FRI.
$$
AMZ130-220830-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060322T1800Z/
ALBEMARLE SOUND-
323 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
AFTERNOON...
.TONIGHT...NW WINDS 20 TO 25 KT THIS EVENING...SUBSIDING TO 15 TO
20 KT...THEN INCREASING AGAIN TO 20 TO 25 KT LATE. WAVES 2 TO 3 FT. A
CHANCE OF RAIN THIS EVENING...THEN INTERMITTENT FLURRIES AFTER
MIDNIGHT.
.WED...NW WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT IN THE
AFTERNOON. WAVES 2 TO 3 FT.
.WED NIGHT...NW WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT AFTER
MIDNIGHT. WAVES AROUND 2 FT.
.THU...NW WINDS 10 TO 15 KT BECOMING N 5 TO 10 KT IN THE AFTERNOON.
WAVES 1 TO 2 FT.
.THU NIGHT...NE WINDS 5 TO 10 KT BECOMING N AFTER MIDNIGHT. WAVES
1 FT.
.FRI...N WINDS 5 TO 10 KT INCREASING TO 10 TO 15 KT IN THE
AFTERNOON. WAVES 1 TO 2 FT.
```

```
.FRI NIGHT...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT AFTER
MIDNIGHT. WAVES 1 TO 2 FT.
.SAT...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT. WAVES 1 TO 2 FT.
.SUN...NW WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
$$
AMZ135-220830-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060322T1800Z/
PAMLICO SOUND-
323 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
AFTERNOON...
.TONIGHT...N WINDS 15 TO 20 KT BECOMING NW 20 TO 25 KT LATE. WAVES
2 TO 3 FT. A CHANCE OF RAIN. INTERMITTENT FLURRIES AFTER MIDNIGHT.
.WED...N WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT IN THE
AFTERNOON. WAVES 2 TO 3 FT.
.WED NIGHT...N WINDS 15 TO 20 KT. WAVES 2 TO 3 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. WAVES SUBSIDING TO 1 TO 2 FT.
.THU NIGHT...N WINDS 5 TO 10 KT. WAVES 1 FT.
.FRI...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
.FRI NIGHT...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
.SAT...N WINDS 10 TO 15 KT. WAVES 1 FT.
.SUN...NW WINDS 10 TO 15 KT. WAVES 1 FT.
$$
AMZ150-220830-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060323T0000Z/
S OF CURRITUCK BEACH LIGHT TO OREGON INLET NC OUT 20 NM-
323 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
EVENING...
.TONIGHT...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT. A CHANCE OF RAIN
THIS EVENING...THEN INTERMITTENT FLURRIES AFTER MIDNIGHT.
.WED...NW WINDS 20 TO 25 KT. SEAS 5 TO 6 FT.
.WED NIGHT...NW WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT SUBSIDING TO 3 TO 5 FT.
.THU...NW WINDS 15 TO 20 KT BECOMING N 10 TO 15 KT IN THE AFTERNOON.
SEAS 4 TO 5 FT.
.THU NIGHT...N WINDS 5 TO 10 KT. SEAS 3 TO 4 FT.
.FRI...N WINDS 10 TO 15 KT. SEAS 3 TO 4 FT.
.FRI NIGHT...NE WINDS 15 TO 20 KT. SEAS 4 TO 5 FT.
.SAT...N WINDS 15 TO 20 KT. SEAS 4 TO 5 FT.
.SUN...N WINDS 10 TO 15 KT. SEAS 3 TO 4 FT.
$$
AMZ152-154-220830-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060323T1200Z/
S OF OREGON INLET TO CAPE HATTERAS NC OUT 20 NM-
S OF CAPE HATTERAS TO OCRACOKE INLET NC OUT 20 NM
INCLUDING THE MONITOR NATIONAL MARINE SANCTUARY-
323 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH THURSDAY MORNING...
.TONIGHT...N WINDS 20 TO 25 KT. SEAS 7 TO 9 FT. A CHANCE OF RAIN.
INTERMITTENT FLURRIES AFTER MIDNIGHT.
.WED...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT.
.WED NIGHT...N WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT IN THE
AFTERNOON. SEAS 3 TO 5 FT.
.THU NIGHT...N WINDS 5 TO 10 KT. SEAS 3 TO 4 FT.
```

```
.FRI...N WINDS 10 TO 15 KT INCREASING TO 15 TO 20 KT IN THE
AFTERNOON. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.FRI NIGHT...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT.
.SAT...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT. A CHANCE OF RAIN.
.SUN...N WINDS 10 TO 15 KT BECOMING NW 15 TO 20 KT. SEAS 2 TO 4 FT.
$$
AMZ156-220830-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060323T0000Z/
S OF OCRACOKE INLET TO CAPE LOOKOUT NC OUT 20 NM-
323 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
EVENING...
.TONIGHT...N WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT.
.WED NIGHT...N WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT. SEAS
4 TO 6 FT DECREASING TO 3 TO 5 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS AROUND 3 FT.
.THU NIGHT...N WINDS 5 KT BECOMING NE 10 TO 15 KT AFTER MIDNIGHT.
SEAS AROUND 3 FT.
.FRI...NE WINDS 10 TO 15 KT BECOMING N 15 TO 20 KT IN THE AFTERNOON.
SEAS 3 TO 4 FT. A CHANCE OF RAIN.
.FRI NIGHT...N WINDS 15 TO 20 KT. SEAS 4 TO 5 FT.
.SAT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SUN...NW WINDS 15 TO 20 KT. SEAS 2 TO 3 FT.
$$
AMZ158-220830-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060322T1800Z/
S OF CAPE LOOKOUT TO N OF SURF CITY NC OUT 20 NM-
323 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
AFTERNOON...
.TONIGHT...N WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT LATE.
SEAS 4 TO 6 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
.WED NIGHT...N WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT. SEAS 3
TO 5 FT SUBSIDING TO 2 TO 4 FT.
.THU...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS AROUND 2 FT.
.THU NIGHT...N WINDS 5 KT BECOMING NE 10 TO 15 KT AFTER MIDNIGHT.
SEAS AROUND 2 FT.
.FRI...NE WINDS 10 TO 15 KT BECOMING N 15 TO 20 KT IN THE AFTERNOON.
SEAS 2 TO 4 FT.
.FRI NIGHT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT.
.SAT...N WINDS 10 TO 15 KT. SEAS 3 TO 5 FT SUBSIDING TO 2 FT. A
CHANCE OF RAIN.
.SUN...NW WINDS 10 TO 15 KT. SEAS 2 TO 3 FT.
$$

FZUS52 KMHX 212051
SRFMHX
SURF ZONE FORECAST
NATIONAL WEATHER SERVICE NEWPORT/MOREHEAD CITY NC
350 PM EST TUE MAR 21 2006
NCZ103-104-220300-
OUTER BANKS DARE-OUTER BANKS HYDE-
```

```
INCLUDING THE BEACHES OF...DUCK...KITTY HAWK...KILL DEVIL HILLS...
NAGS HEAD...RODANTHE...AVON...CAPE HATTERAS...OCRACOKE
350 PM EST TUE MAR 21 2006
AREA WATER TEMPERATURES. DUCK PIER HAD 47 DEGREES, AND OREGON INLET
HAD 51.
TIDES FOR CAPE HATTERAS:
LOW   TIDE   510 PM.
HIGH TIDE 1156 PM.
LOW   TIDE   636 AM WEDNESDAY.
HIGH TIDE 1214 PM WEDNESDAY.
$$
NCZ095-098-220300-
CARTERET-ONSLOW-
INCLUDING THE BEACHES OF...CAPE LOOKOUT NATIONAL SEASHORE...
SHACKLEFORD BANKS...ATLANTIC BEACH...PINE KNOLL SHORES...EMERALD
ISLE...HAMMOCKS BEACH...NORTH TOPSAIL BEACH
350 PM EST TUE MAR 21 2006
AREA WATER TEMPERATURES. BEAUFORT HAD 55 DEGREES, AND HAMMOCKS BEACH
REPORTED 55.
TIDES FOR ATLANTIC BEACH:
LOW   TIDE   458 PM.
HIGH TIDE 1140 PM.
LOW   TIDE   624 AM WEDNESDAY.
HIGH TIDE 1158 AM WEDNESDAY.
$$

FZUS52 KMHX 220209
CWFMHX
COASTAL MARINE FORECAST
NATIONAL WEATHER SERVICE NEWPORT/MOREHEAD CITY NC
909 PM EST TUE MAR 21 2006
FROM S OF CURRITUCK BEACH LIGHT TO N OF SURF CITY NC OUT 20 NM...
INCLUDING THE ALBEMARLE AND PAMLICO SOUNDS AND THE MONITOR NATIONAL
MARINE SANCTUARY
AMZ100-221415-
909 PM EST TUE MAR 21 2006
.SYNOPSIS FOR EASTERN NORTH CAROLINA COASTAL WATERS...
AN AREA OF LOW PRES OFF THE COAST WILL MOVE NE TONIGHT AND DRAG A
COLD FRONT THROUGH THE AREA. HIGH PRES WILL BUILD INTO THE WATERS
WED AND LINGER OVER THE AREA THROUGH FRI.
$$
AMZ130-221415-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060322T1800Z/
ALBEMARLE SOUND-
909 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
AFTERNOON...
.OVERNIGHT...N WINDS 20 TO 25 KT BECOMING NW. WAVES 2 TO 3 FT. A
CHANCE OF RAIN OR SNOW FLURRIES AFTER MIDNIGHT.
.WED...NW WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT IN THE
AFTERNOON. WAVES 2 TO 3 FT.
.WED NIGHT...NW WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT AFTER
MIDNIGHT. WAVES AROUND 2 FT.
.THU...NW WINDS 10 TO 15 KT BECOMING N 5 TO 10 KT IN THE AFTERNOON.
WAVES 1 TO 2 FT.
.THU NIGHT...NE WINDS 5 TO 10 KT BECOMING N AFTER MIDNIGHT. WAVES
1 FT.
```

```
.FRI...N WINDS 5 TO 10 KT INCREASING TO 10 TO 15 KT IN THE
AFTERNOON. WAVES 1 TO 2 FT.
.FRI NIGHT...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT AFTER
MIDNIGHT. WAVES 1 TO 2 FT.
.SAT...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT. WAVES 1 TO 2 FT.
.SUN...NW WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
$$
AMZ135-221415-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060322T1800Z/
PAMLICO SOUND-
909 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
AFTERNOON...
.OVERNIGHT...N WINDS 20 TO 25 KT BECOMING NW. WAVES 2 TO 3 FT. A
CHANCE OF RAIN AND SNOW FLURRIES AFTER MIDNIGHT.
.WED...N WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT IN THE
AFTERNOON. WAVES 2 TO 3 FT.
.WED NIGHT...N WINDS 15 TO 20 KT. WAVES 2 TO 3 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. WAVES SUBSIDING TO 1 TO 2 FT.
.THU NIGHT...N WINDS 5 TO 10 KT. WAVES 1 FT.
.FRI...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
.FRI NIGHT...N WINDS 10 TO 15 KT. WAVES 1 TO 2 FT.
.SAT...N WINDS 10 TO 15 KT. WAVES 1 FT.
.SUN...NW WINDS 10 TO 15 KT. WAVES 1 FT.
$$
AMZ150-221415-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060323T0000Z/
S OF CURRITUCK BEACH LIGHT TO OREGON INLET NC OUT 20 NM-
909 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
EVENING...
.OVERNIGHT...N WINDS 20 TO 25 KT BECOMING NW. SEAS 5 TO 7 FT. A
CHANCE OF RAIN AND SNOW FLURRIES AFTER MIDNIGHT.
.WED...NW WINDS 20 TO 25 KT. SEAS 5 TO 6 FT.
.WED NIGHT...NW WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT AFTER
MIDNIGHT. SEAS 4 TO 6 FT SUBSIDING TO 3 TO 5 FT.
.THU...NW WINDS 15 TO 20 KT BECOMING N 10 TO 15 KT IN THE AFTERNOON.
SEAS 4 TO 5 FT.
.THU NIGHT...N WINDS 5 TO 10 KT. SEAS 3 TO 4 FT.
.FRI...N WINDS 10 TO 15 KT. SEAS 3 TO 4 FT.
.FRI NIGHT...NE WINDS 15 TO 20 KT. SEAS 4 TO 5 FT.
.SAT...N WINDS 15 TO 20 KT. SEAS 4 TO 5 FT.
.SUN...N WINDS 10 TO 15 KT. SEAS 3 TO 4 FT.
$$
AMZ152-154-221415-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060323T1200Z/
S OF OREGON INLET TO CAPE HATTERAS NC OUT 20 NM-
S OF CAPE HATTERAS TO OCRACOKE INLET NC OUT 20 NM
INCLUDING THE MONITOR NATIONAL MARINE SANCTUARY-
909 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH THURSDAY MORNING...
.OVERNIGHT...N WINDS 25 KT WITH GUSTS TO 30 MPH. SEAS 7 TO 9 FT.
A CHANCE OF RAIN AND SNOW FLURRIES AFTER MIDNIGHT.
.WED...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT.
.WED NIGHT...N WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT IN THE
```

```
AFTERNOON. SEAS 3 TO 5 FT.
.THU NIGHT...N WINDS 5 TO 10 KT. SEAS 3 TO 4 FT.
.FRI...N WINDS 10 TO 15 KT INCREASING TO 15 TO 20 KT IN THE
AFTERNOON. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.FRI NIGHT...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT.
.SAT...N WINDS 15 TO 20 KT. SEAS 4 TO 6 FT. A CHANCE OF RAIN.
.SUN...N WINDS 10 TO 15 KT BECOMING NW 15 TO 20 KT. SEAS 2 TO 4 FT.
$$
AMZ156-221415-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060323T0000Z/
S OF OCRACOKE INLET TO CAPE LOOKOUT NC OUT 20 NM-
909 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
EVENING...
.OVERNIGHT...N WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT AFTER
MIDNIGHT. SEAS 5 TO 7 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 5 TO 7 FT.
.WED NIGHT...N WINDS 20 TO 25 KT DECREASING TO 15 TO 20 KT. SEAS
4 TO 6 FT DECREASING TO 3 TO 5 FT.
.THU...N WINDS 15 TO 20 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS AROUND 3 FT.
.THU NIGHT...N WINDS 5 KT BECOMING NE 10 TO 15 KT AFTER MIDNIGHT.
SEAS AROUND 3 FT.
.FRI...NE WINDS 10 TO 15 KT BECOMING N 15 TO 20 KT IN THE AFTERNOON.
SEAS 3 TO 4 FT. A CHANCE OF RAIN.
.FRI NIGHT...N WINDS 15 TO 20 KT. SEAS 4 TO 5 FT.
.SAT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT. A CHANCE OF RAIN.
.SUN...NW WINDS 15 TO 20 KT. SEAS 2 TO 3 FT.
$$
AMZ158-221415-
/O.CON.KMHX.SC.Y.0026.000000T0000Z-060322T1800Z/
S OF CAPE LOOKOUT TO N OF SURF CITY NC OUT 20 NM-
909 PM EST TUE MAR 21 2006
...SMALL CRAFT ADVISORY REMAINS IN EFFECT THROUGH WEDNESDAY
AFTERNOON...
.OVERNIGHT...N WINDS 15 TO 20 KT INCREASING TO 20 TO 25 KT AFTER MIDNIGHT.
SEAS 4 TO 6 FT. A CHANCE OF RAIN.
.WED...N WINDS 20 TO 25 KT. SEAS 4 TO 6 FT.
.WED NIGHT...N WINDS 15 TO 20 KT DECREASING TO 10 TO 15 KT. SEAS 3
TO 5 FT SUBSIDING TO 2 TO 4 FT.
.THU...N WINDS 10 TO 15 KT DECREASING TO 5 TO 10 KT IN THE
AFTERNOON. SEAS AROUND 2 FT.
.THU NIGHT...N WINDS 5 KT BECOMING NE 10 TO 15 KT AFTER MIDNIGHT.
SEAS AROUND 2 FT.
.FRI...NE WINDS 10 TO 15 KT BECOMING N 15 TO 20 KT IN THE AFTERNOON.
SEAS 2 TO 4 FT.
.FRI NIGHT...N WINDS 15 TO 20 KT. SEAS 3 TO 5 FT.
.SAT...N WINDS 10 TO 15 KT. SEAS 3 TO 5 FT SUBSIDING TO 2 FT. A
CHANCE OF RAIN.
.SUN...NW WINDS 10 TO 15 KT. SEAS 2 TO 3 FT.
$$
```