UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN G. HINES, JR. ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| TRIAD MARINE CENTER, INC. ) | |
| and ) | No. 4:09-CV-3-BR |
| JOHN BANISTER HYDE ) | |
| Defendants. ) | |

**Decision by Court.**

This action was tried by a non-jury trial before Senior United States District Judge W. Earl Britt, presiding.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Benjamin G. Hines, Jr. have and recover from defendants Triad Marine Center, Inc. dba Boats Unlimited NC and John Banister Hyde, jointly and severally, the amount of $10,397,291.58, (a) with interest on $3,230,995.58 (total past damages) at the rate of 8.0% per annum from 21 March 2006 until date of entry of this judgment, and (b) with interest on the total sum at the rate of 0.30% per annum from date of entry of this judgment until paid.

**This judgment filed and entered on January 3, 2011, and served on:**

Charles Raymond Hardee (via CM/ECF Notice of Electronic Filing)
Stevenson L. Weeks (via CM/ECF Notice of Electronic Filing)
J. Lawson Johnston (via CM/ECF Notice of Electronic Filing)
John T. Pion (via CM/ECF Notice of Electronic Filing)
Shannon Strickland Frankel (via CM/ECF Notice of Electronic Filing)

January 3, 2011                           /s/ Dennis P. Iavarone
                                          Clerk of Court