IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CV-3-BR

BENJAMIN G. HINES, )
)
      Plaintiff, )
)
v. ) **ORDER**
)
TRIAD MARINE CENTER, INC., et al, )
)
      Defendants. )

On June 6, 2011, plaintiff Benjamin G. Hines filed a motion to redact appeal transcript [D.E. 120]. On July 8, 2011, plaintiff filed a transcript redaction request [D.E. 121]. On July 25, 2011, the court reporter filed an official redacted transcript [D.E. 122]. Accordingly, plaintiff's motion to redact appeal transcript is DENIED as moot [D.E. 120].

SO ORDERED. This 5th day of August 2011.

Dennis P. Iavarone, Clerk of Court